February 2006                                                       2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re James N. Knowles & Sara Knowles                     CHAPTER: 11

Debtor(s).     CASE NO.: 2:10-bk-11762ER

# AMENDED
# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, James N. Knowles_____, the debtor in this case, declare under penalty
      *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☒     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
       (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐     I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, Sara Knowles_____, the debtor in this case, declare under penalty of
     *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
       (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐     I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date 02/08/2010_____          Signature /s/James N. Knowles_____
                                                                 *Debtor*

Date 02/08/2010_____          Signature /s/Sara Knowles_____
                                                                 *Joint Debtor (if any)*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael A. Cisneros, Attorney at Law  SBN 105483<br>50 W. Lemon Ave., Suite 12, Monrovia, CA 91016<br>Tel. No. (626) 359-3692  Fax No. (626) 359-3728<br><br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>JAMES N. KNOWLES and SARA KNOWLES<br><br>Debtor(s). | CASE NO.: 11<br>CHAPTER: 2:10-bk-11762ER<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Other: Amended Debtors' Certification of Employment Income     Date Filed: 2-8-10

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_James N. Knowles_ (signature)     2-8-10
Signature of Signing Party     Date

James N. Knowles
Printed Name of Signing Party

_Sara Knowles_ (signature)     2-8-10
Signature of Joint Debtor (if applicable)     Date

Sara Knowles
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_(signature)_     2-8-10
Signature of Attorney for Signing Party     Date

Michael Anthony Cisneros
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006



# County Of Los Angeles
Auditor-Controller's General Warrant
Warrant Clearance Fund  Los Angeles, CA

| Desc Date | Issue Date | Reference No. |
|---|---|---|
| 11/30/09 | 12/15/09 | 4906907 |

## NOT NEGOTIABLE – AUTOMATIC DEPOSIT RECEIPT

Direct deposit to the account of

| DEPT. | P/L | EMPL. NO |
|---|---|---|
| 720 | 43 | 218406 |

JAMES N KNOWLES

72689

The Sum of $**2,549.77 has been deposited on 12/15/09 to:
Your Account No: XXXXX9184
Your Bank I.D. : 322078325

*Thanks for participating in our Direct Deposit Program!*

---

**County of Los Angeles • Statement of Earnings, Deductions, And Benefit Balances • Retain For Your Records**

| Employee No. | Employee Name | | Dept. | P/L | Social Security No. | Warrant No. | Issue Date | Accrual Date |
|---|---|---|---|---|---|---|---|---|
| 218406 | JAMES N KNOWLES | | 720 | 43 | | 4906907 | 12/15/09 | 11/30/09 |
| Current Earnings | Advances | Reimbursements | Taxes & Deducts. | | Net Pay | | Imputed Income | Y.T.D. Imputed |
| 6,529.85 | .00 | .00 | 3,980.08 | | 2,549.77 | | 18.08 | 216.22 |

| W-4 DATA ▶ | Marital Status | Exemptions | Add'l Withheld | DE 4 DATA ▶ | Marital Status | Exemptions | Add'l Exemptions | Add'l Withheld |
|---|---|---|---|---|---|---|---|---|
| | MARRIED | 00 | .00 | | MARRIED | 00 | 00 | .00 |

| Code | Earnings | Hours | Current | Year-To-Date | Code | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| 099 | REG EARN | 240.0 | 6,511.36 | 77,733.94 | | FED TAX | 708.35 | 8,575.55 |
| 036 | FLEX EARN | 1.0 | 18.49 | 221.88 | | STATE TAX | 236.53 | 2,539.30 |
| 028 | MILEAGE | .0 | .00 | 1,824.89 | | H.I.T | 98.72 | 1,175.33 |
| | | | | | 100 | ESA RECOVER | 2,544.00 | .00 |
| | | | | | 190 | DEF RETIRE | .00 | .00 |
| | | | | | 416 | CAPE | 61.68 | 736.56 |
| | | | | | 137 | HORIZONS457 | 270.94 | 3,235.14 |
| | | | | | 734 | 7XSAL+DEP20 | 59.86 | 716.00 |

| Code | County Contribution | Current | Year-To-Date |
|---|---|---|---|
| 137 | HORIZONS457 | 260.45 | 2,886.02 |

| County Flexible Benefit Program | | | Employee Benefit Balance As Of: 12/01/09 | | | | |
|---|---|---|---|---|---|---|---|
| Source Of Funds | Current | Year-To-Date | Code | Description | | Available Hours | Excess Hours |
| CTY-ALLOW | 1,144.66 | 13,735.92 | 011 | SICK - 100% | | 9.03 | 0.00 |
| | | | 012 | HOLIDAY | | 12.00 | 0.00 |
| Code | Use Of Funds | Current | Year-To-Date | 021 | VACATION | | 61.35 | 0.00 |
| 252 | KAISER | 1,035.71 | 12,428.52 | 116 | PART PAY SICK - 65% | | 448.00 | 0.00 |
| 243 | LTD HLTH-C | 3.00 | 36.00 | 120 | PART PAY SICK - 50% | | 1120.00 | 0.00 |
| 734 | 7XSAL+DEP20 | 4.59 | 55.08 | | | | | |
| 207 | AD&D-H | 10.25 | 123.00 | | | | | |
| 271 | DLTADNTL-C | 52.62 | 631.44 | | | | | |
| 266 | HLTCAREREIM | 20.00 | 240.00 | | | | | |
| 036 | FLEX EARN | 18.49 | 221.88 | | | | | |

SICK PERSONAL HOURS USED 85.51

FREE!!!! LA COUNTY HOLIDAY CELEBRATION-MUSIC AND DANCE FOR THE WHOLE FAMILY. DECEMBER 24, 3-9 PM. DOROTHY CHANDLER PAVILION. INFO: WWW.HOLIDAYCELEBRATION.ORG.



**County of Los Angeles**
Auditor-Controller's General Warrant
Warrant Clearance Fund  Los Angeles, CA

| Accrual Date | Issue Date | Reference No. |
|---|---|---|
| 12/15/09 | 12/30/09 | 5003651 |

## NOT NEGOTIABLE — AUTOMATIC DEPOSIT RECEIPT

Direct deposit to the account of

| DEPT. | P/L | EMPL. NO |
|---|---|---|
| 720 | 43 | 218406 |

JAMES N KNOWLES

73483

The Sum of $**4,396.97 has been deposited on 12/30/09 to:
Your Account No: XXXXX9184
Your Bank I.D. : 322078325

*Thanks for participating in our Direct Deposit Program!*

**County of Los Angeles • Statement of Earnings, Deductions, And Benefit Balances • Retain For Your Records**

| Employee No. | Employee Name | Dept. | P/L | Social Security No. | Warrant No. | Issue Date | Accrual Date |
|---|---|---|---|---|---|---|---|
| 218406 | JAMES N KNOWLES | 720 | 43 | | 5003651 | 12/30/09 | 12/15/09 |
| Current Earnings | Advances | Reimbursements | Taxes & Deducts. | Net Pay | Imputed Income | | Y.T.D. Imputed |
| .00 | 2,544.00 | 1,852.97 | .00 | 4,396.97 | .00 | | 216.22 |

| | Marital Status | Exemptions | Add'l Withheld | | Marital Status | Exemptions | Add'l Exemptions | Add'l Withheld |
|---|---|---|---|---|---|---|---|---|
| W-4 DATA | MARRIED | 00 | .00 | DE 4 DATA | MARRIED | 00 | 00 | .00 |

| Code | Earnings | Hours | Current | Year-To-Date | Code | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|---|
| 010 | ESA | 248.0 | 2,544.00 | .00 | | FED TAX | .00 | 8,575.55 |
| 028 | MILEAGE | 598.0 | 1,852.97 | 3,677.86 | | STATE TAX | .00 | 2,539.30 |
| 099 | REG EARN | .0 | .00 | 77,733.94 | | H.I.T | .00 | 1,175.33 |
| 036 | FLEX EARN | .0 | .00 | 221.88 | | | | |

| Code | County Contribution | Current | Year-To-Date |
|---|---|---|---|

**County Flexible Benefit Program**

| Source Of Funds | Current | Year-To-Date |
|---|---|---|

| Code | Use Of Funds | Current | Year-To-Date |
|---|---|---|---|

**Employee Benefit Balance As Of:**

| Code | Description | Available Hours | Excess Hours |
|---|---|---|---|

IT'S SIMPLE TO ENROLL AND CONTRIBUTE IN YOUR HORIZONS
RETIREMENT PLAN. START SAVING TODAY! CALL GREAT-WEST
AT 1-800-947-0845 OR VISIT WWW.COUNTYLA.COM.