1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MICHAEL A. CISNEROS**
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
**MONROVIA, CALIFORNIA 91016**
(626) 359-3692  FAX: (626) 359-3728

**Michael A. Cisneros, SBN 105483**
**mcisneros@mac.com**

Attorneys for Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

JAMES N. KNOWLES and SARA KNOWLES,

Debtors-in-Possession

**Chapter 11**

**CASE NO. 2:10-bk-11762ER**

**OPERATING REPORT NO. 1**

1

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 01/19/2010 | Debit | AMC Theater | Entertainment | 10.50 |
| | Debit | GreenPath | Pre-bankruptcy conseling | 50.00 |
| | Debit | Vons | Groceries | 35.65 |
| | Debit | AT&T | Phone service | 192.47 |
| | EFT | WAMU | Mortgage | 1739.27 |
| | Debit | Vons | Groceries | 10.10 |
| | Debit | Vons | Groceries | 94.80 |
| | Debit | Arco | Gas | 63.62 |
| | ATM | Petty Cash | Petty Cash | 25.00 |
| | Debit | Chuy's Tire | Tire Repair | 15.00 |
| | EFT | Allstate | Insurance | 213.00 |
| 01/20/2010 | Debit | Arco | Gas | 45.46 |
| | Debit | Vons | Groceries | 11.85 |
| 01/21/2010 | 4193 | Brook Morris | Tutoring | 40.00 |
| | ATM | Petty cash | Petty Cash | 62.00 |
| 01/22/2010 | 4192 | Calif. DMV | Registration | 278.00 |
| | 235 | St. Francis H.S. | Education | 75.00 |
| | Debit | Vons | Groceries | 50.30 |
| | Debit | Vons | Groceries | 10.29 |
| | Debit | Kaiser | Hospital Co-Pay | 10.00 |
| 01/25/2010 | 238 | Charter Com. | Cable/Internet | 98.76 |
| | 236 | AT&T | Phone service | 85.70 |
| | Debit | Arco | Gas | 30.00 |
| | Debit | Vons | Groceries | 65.10 |
| | Debit | Vons | Groceries | 60.67 |
| | Debit | Arco | Gas | 49.68 |
| | ATM | Petty Cash | Petty Cash | 42.00 |
| | Debit | Vons | Groceries | 33.40 |
| | Debit | Vons | Groceries | 18.65 |
| 01/26/2010 | Debit | El Monte Royemond | Education | 58.00 |
| | Debit | Vons | Groceries | 57.89 |
| | 149 | The Gas Co. | Utilities | 1.17 |
| 01/27/2010 | Debit | Vons | Groceries | 5.97 |
| | 237 | Assumption Church | Charitable Cont. | 10.00 |
| | Debit | Apple Inc. | Entertainment | 0.99 |
| | 150 | James Knowles | Utilities | 150.00 |
| | Debit | Vons | Groceries | 26.76 |
| 01/28/2010 | Debit | Youth Leadership | Education | 1,105.00 |
| | 4194 | Brook Morris | Tutoring | 40.00 |
| | Debit | Arco | Gas | 56.58 |
| | Debit | Arco | Gas | 49.57 |
| | ATM | Petty Cash | Petty Cash | 40.00 |
| 01/29/2010 | Debit | Vons | Groceries | 9.39 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 01/29/2010 | ATM | Petty Cash | Petty Cash | 43.00 |
| | ATM | southland C.U. | ATM Fee | 2.00 |
| | Debit | Vons | Groceries | 28.12 |
| 01/30/2010 | Debit | Vons | Groceries | 19.20 |
| | Debit | Vons | Groceries | 19.76 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:                                       | 0.00 |

Bank statement Adjustments:                                     _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          | $0.00 |

* It is acceptable to replace this form with a similar form          Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Washington Mut. | Monthly | $1,739.27 | - 0 - | - 0 - |
| GMAC | Monthly | $3,106.85 | - 0 - | - 0 - |
| Countrywide | Monthly | $ 350.00 | - 0 - | - 0 - |
| GMAC | Monthly | $3,698.94 | - 0 - | - 3 - |
| Countrywide | Monthly | $ 350.00 | - 0 - | - 0 - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Allstate | $1,000,000 (3) | 8-20; 12-30; 12-8 | expiration |
| Worker's Compensation | N/A | | | |
| Casualty | N/A | | | |
| Vehicle | 21st Century | $100,000 | 3-24-10 | expiration |
| Others: | N/A | | | |
| | N/A | | | |

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of of montly account statements for each of the below)

| | |
|---|---|
| General Account: | 13,509.40 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: Cash Collateral | 100.00 |
| Savings | 300.00 |
| *Other Monies: | |
| **Petty Cash (from below): | 13909.40  0.00 |

TOTAL CASH AVAILABLE:    13909.40  0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

TOTAL PETTY CASH TRANSACTIONS:    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|   | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | ✓ | ___ |

|   | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | ✓ | ___ |

3.

State what progress was made during the reporting period toward filing a plan of reorganization
Plan has been outlined

4. Describe potential future developments which may have a significant impact on the case:
Motion to use Cash Collateral; To Determine status of Secured Creditors

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | ✓ | ___ |

I,  [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3/12/10
Date

James Knowles
Page 8 of 8   Principal for debtor-in-possession

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: JAMES N. KNOWLES and SARA KNOWLES | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Debtor(s). | Case Number: 2:10-bk-11762ER |
| | Operating Report Number: — 1 — |
| | For the Month Ending: 01-31-10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (~~GENERAL~~ ACCOUNT*)
CASH COLLATERAL

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS
   — 0 —

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS
   — 0 —

3. BEGINNING BALANCE:
   100.00  ~~0.00~~

4. RECEIPTS DURING CURRENT PERIOD:
   — 0 —

5. BALANCE:
   100.00  ~~0.00~~

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   — 0 —   0.00

7. ENDING BALANCE:
   100.00  ~~0.00~~

8. General Account Number(s):   874672389

   Depository Name & Location:   Chase
   2333 No. LAKE AVE
   ALtAdenA, CA 91001

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $0.00 |

* It is acceptable to replace this form with a similar form          Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:     (No)   Yes

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:     (No)   Yes

3.
    State what progress was made during the reporting period toward filing a plan of reorganization

4.  Describe potential future developments which may have a significant impact on the case:

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6.  Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.     (No)   Yes

I,  [enter your name and title here],
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_3/12/10_
Date

Page 8 of 8

_James Kromle_
Principal for debtor-in-possession

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| JAMES N. KNOWLES and SARA KNOWLES | Case Number: 2:10-bk-11762ER<br>Operating Report Number: —1—<br>For the Month Ending: 01-31-10 |
| Debtor(s). | |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (~~GENERAL~~ ACCOUNT*)
SAVINGS

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS       —0—

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS       —0—

3. BEGINNING BALANCE:       300.00 0.00

4. RECEIPTS DURING CURRENT PERIOD:       —0—

5. BALANCE:       300.00 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD       —0— 0.00

7. ENDING BALANCE:       300.00 0.00

8. General Account Number(s):       854790756O

   Depository Name & Location:       Chase bank
   2333 No. Lake Ave
   Altadena, CA 91001

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

Page 1 of 8

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:          | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:          | $0.00 |

* It is acceptable to replace this form with a similar form          Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

fill
II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

SEE GENERAL ACCOUNT

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |
| | | | | |

SEE GENERAL ACCOUNT

Page 4 of 8

QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:     (No)  Yes

_____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:     (No)  Yes

_____

3.

State what progress was made during the reporting period toward filing a plan of reorganization

_See Operating Report for General Decant_

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.     (No)  Yes

_____

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_3/12/10_
Date

Page 8 of 8

_James Knouch_
Principal for debtor-in-possession