| | |
|---|---|
| **MICHAEL A. CISNEROS**<br>ATTORNEY AT LAW<br>50 WEST LEMON AVENUE<br>SUITE 12<br>**MONROVIA, CALIFORNIA 91016**<br>(626) 359-3692  FAX: (626) 359-3728<br>**Michael A. Cisneros, SBN 105483**<br>mcisneros@mac.com | **FILED & ENTERED**<br><br>**MAR 29 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |

Attorneys for Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br>Debtors-in-Possession | **Chapter 11**<br><br>**CASE NO. 2:10-bk-11762ER**<br><br>**ORDER APPROVING APPLICATION BY DEBTORS-IN-POSSESSION TO EMPLOY MICHAEL A. CISNEROS, ATTORNEY AT LAW, AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date:<br>Time:          (None Set)<br>Place: |

The Court having read and considered the Application of Debtors-in-Possession, James N. Knowles and Sara Knowles, for employment of Michael A. Cisneros, Attorney at Law, as General Bankruptcy Counsel filed by the Debtors-in-Possession and the Declarations and exhibits attached thereto, no Opposition to the Application having been filed and based on the pleadings filed in this matter and and good cause appearing therefore:

IT IS HEREBY ORDERED that the Debtors and Debtors-in-Possession, James N. Knowles and Sara Knowles, are hereby authorized to employ Michael A. Cisneros, Attorney at Law, as their attorneys herein.

1

///

IT IS FURTHER ORDERED that Michael A. Cisneros, Attorney at Law must maintain the pre-petition retainer paid by Debtors in his client trust account and Michael A. Cisneros, Attorney at Law shall make no withdrawals there from to pay its fees or costs, except in compliance with the Guidelines of the United States Trustee and the rules of this Court.

IT IS FURTHER ORDERED that all fees and costs of Michael A. Cisneros, Attorney at Law shall be subject to interim and/or final review and approval pursuant to Sections 330 and 331 of the United States Bankruptcy Code by this Court after notice and a hearing as required by the local rules and the Federal Rules of Procedure, including withdrawals for fees and costs from the pre-petition retainer Michael A. Cisneros, Attorney at Law is to maintain in his client trust account.

###

DATED: March 29, 2010

_____
United States Bankruptcy Judge

Order Approving Employment of General Bankruptcy Counsel.

| In re: James N. Knowles and Sara Kowles | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-11762ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA  91016

A true and correct copy of the foregoing document described **ORDER APPROVING APPLICATION BY DEBTORS-IN-POSSESSION TO EMPLOY MICHAEL A. CISNEROS, ATTORNEY AT LAW, AS GENERAL BANKRUPTCY COUNSEL.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 23, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **March 9, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2010 | Michael Anthony Cisneros | /s/Michael Anthony Cisneros |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**MICHAEL A. CISNEROS, Attorney at Law**
50 West Lemon Avenue, Suite 12
Monrovia, California 91016
(626) 359-3692  FAX: (626) 359-3728

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9013-3.1**

3

Order Approving Employment of General Bankruptcy Counsel.

| In re: Jon and Kathleen Arguelles | Debtor(s). | CHAPTER 13<br>CASE NUMBER 8:09-bk-20958ES |
|---|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed)

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

4

Order Approving Employment of General Bankruptcy Counsel.

| In re:<br>    James N. Knowles and Sara Knowles<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:10-bk-11762ER |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER APPROVING APPLICATION BY DEBTORS-IN-POSSESSION TO EMPLOY MICHAEL A. CISNEROS, ATTORNEY AT LAW, AS GENERAL BANKRUPTCY COUNSEL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Office of the United States Trustee:        ustpregion16.la.ecf@usdoj.gov

Michael A. Cisneros – Debtor's Counsel:        mcisneros@mac.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        **F 9021-1.1**

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728