# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>James N. Knowles and Sara Knowles<br><br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:     2:10-bk-11762ER<br>Operating Report Number:     2<br>For the Month Ending:     2/28/10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     18,749.32

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS     3,151.35

3. BEGINNING BALANCE:     15,597.97

4. RECEIPTS DURING CURRENT PERIOD:     3,316.07

5. BALANCE:     18,914.04

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     7,723.35

7. ENDING BALANCE:     11,190.69

8. General Account Number(s):     874672371

| | |
|---|---|
| Depository Name & Location: | Chase |
| | 2333 N. Lake Ave. |
| | Altadena, CA 91001 |

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/01/2010 | Debit | Ralphs | Groceries | 74.73 |
| | Debit | Arco | Gas | 49.60 |
| | Debit | King Ranch Market | Groceries | 28.11 |
| | Debit | Vons | Groceries | 27.58 |
| | Debit | King Ranch Market | Groceries | 25.17 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| | Debit | McDonalds | Lunch | 13.68 |
| | Debit | OSH | Home Supplies | 17.96 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| 02/04/2010 | 9990 | Sr. Francis | Education | 30.00 |
| 02/05/2010 | ATM | Petty Cash | Petty Cash | 163.00 |
| 02/08/2010 | ACH | Fairfield | Timeshare | 285.53 |
| | 101 | James Knowles | Deposit to Credit Union account | 160.00 |
| | ACH | Fairfield | Time Share Asso. fees | 129.95 |
| | Debit | Wal-Mart | Groceries / Hygene | 79.15 |
| | Debit | Vons | Groceries | 55.94 |
| | Debit | Arco | Gas | 54.71 |
| | Debit | Arco | Gas | 46.69 |
| | ATM | Petty Cash | Petty Cash | 40.00 |
| | Debit | Staples | Supplies | 33.16 |
| 02/09/2010 | 9991 | The Gas Co. | Utilities | 183.14 |
| | Debit | Vons | Groceries | 79.51 |
| | ACH | So. Cal Edison | Utilities | 106.29 |
| 02/10/2010 | 102 | City of Pasadena | Utilities | 42.50 |
| | 103 | Brook Morris | Tutoring | 40.00 |
| | Debit | Vons | Groceries | 23.94 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| | Debit | Tacos Tumi | Lunch | 18.50 |
| 02/11/2010 | Debit | Arco | Gas | 52.88 |
| | Debit | Arco | Gas | 46.70 |
| 02/12/2010 | Debit | Linden | Eye Classes | 109.00 |
| | Debit | Super King Market | Groceries | 61.30 |
| | Debit | La Paloma | Lunch | 11.34 |
| | Debit | Home Depot | Supplies | 9.32 |
| 02/16/2010 | Debit | Youth leadership | Education | 1,105.00 |
| | Debit | Pro flowers | Valentine Gift | 61.18 |
| | Debit | Vons | Groceries | 56.55 |
| | Debit | Vons | Groceries | 45.64 |
| | Debit | 99¢ cent store | Groceries / Hygene | 42.14 |
| | Debit | Vons | Groceries | 40.47 |
| | Debit | Pet Smart | Dog food | 31.82 |
| | Debit | Papa Johns | Dinner | 30.72 |
| | Debit | KFC | Dinner | 27.60 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TOTAL DISBURSEMENTS FROM PRESENT ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/16/2010 | Debit | Chuys tires | Tire repair | 10.00 |
| 02/17/2010 | 109 | Victor Bontric | Rental cleaning (Corson) | 160.00 |
| | Debit | Yang chow | Dinner | 80.26 |
| | Debit | Arco | Gas | 42.14 |
| | Debit | Global Tellink | Phone charge | 25.00 |
| | Debit | The Hat | Dinner | 20.15 |
| | Debit | Kaiser | Hospital co-pay | 10.00 |
| 02/18/2010 | Debit | Kaiser | Hospital co-pay / medicine | 26.02 |
| | 9992 | Assumption church | Charible Contribution | 15.00 |
| | 107 | Assumption church | Charible Contribution | 15.00 |
| | Debit | Starbucks | Coffee / snack | 14.15 |
| 02/19/2010 | Debit | Arco | Gas | 56.16 |
| | Debit | Sears | merchandise | 55.84 |
| | Debit | Goodwill | Purchase an Aquarium | 29.99 |
| | Debit | Ralphs | Groceries | 8.28 |
| 02/22/2010 | 110 | Erwin Folger | Paint empty rental apartment (Corson) | 800.00 |
| | 115 | AT&T | Phone Service | 178.75 |
| | 116 | Allstate | Insurance (Newport) | 104.75 |
| | 113 | Allstate | Insurance (Corson) | 79.00 |
| | 117 | Allstate | Insurance | 75.50 |
| | Debit | Code 3 life | CPR class | 75.00 |
| | Debit | Target | merchandise | 61.80 |
| | 118 | Athens Services | Trash Services | 60.69 |
| | Debit | Arco | Gas | 48.16 |
| | ATM | Petty Cash | Petty Cash | 40.00 |
| | Debit | Dave & Busters | Dinner | 39.82 |
| | Debit | Baskin & Robins | Birthday Cake | 33.99 |
| | Debit | Ralphs | Groceries | 33.25 |
| | Debit | Vons | Groceries | 25.45 |
| | Debit | AMC theater | Entertainment | 11.00 |
| | Debit | Kaiser | Hospital Co-pay | 10.00 |
| 02/23/2010 | 124 | ST. Francis | Education | 306.00 |
| | 114 | City of Pasadena | Utilities (Corson) | 260.24 |
| | Debit | Amazon | Purchase (QuickBooks) | 137.49 |
| | 105 | Pasadena Running Roses | Track club Fee | 95.00 |
| | 119 | AT&T | Phone Service | 90.58 |
| | 120 | MCI | Phone Service | 23.62 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| | Debit | Cinemark movies | Entertainment | 19.25 |
| | Debit | Cinemark movies | Entertainment | 16.50 |
| | Debit | Masters building supply | house supplies (Corson) | 10.96 |
| 02/24/2010 | 111 | Gustavo Lopez | Rental apartment repairs (Corson) | 350.71 |
| | Debit | Goodwill store | Purchase fish tank | 53.98 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 02/24/2010 | Debit | Vons | Groceries | 51.34 |
| | Debit | Arco | Gas | 38.62 |
| | Debit | Vons | Groceries | 35.64 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| | 112 | The Gds Co | Utilities (Rental Corson) | 8.66 |
| 02/25/2010 | 125 | Sears | Dishwasher Warranty disorder | 68.43 |
| | Debit | Arco | Gas | 53.28 |
| | 122 | Knights of Columbus | Membership dues | 25.00 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| 02/26/2010 | Debit | Smart & Final | Groceries | 112.39 |
| | 123 | Readers Digest | Magazine renewal | 24.98 |
| | Debit | Contractors tile | tile Supplies | 19.49 |
| | Debit | Vons | Groceries | 15.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____ 2/24/2010 _____ Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:

Bank statement Adjustments:
Explanation of Adjustments- _____

ADJUSTED BANK BALANCE: _____

**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 29, 2010 through February 24, 2010

Account Number:  **000000874672371**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00073179 DRE 703 141 05610 - YYYNN T  1  000000000  17 0000
JAMES N KNOWLES
SARA KNOWLES
372 LAUN ST
ALTADENA CA 91001-5540

IMPORTANT NOTICE
We are making changes to your account.
Please see the enclosed notice(s) for more information.

## CHECKING SUMMARY   Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 13,979.54 |
| Checks Paid | - 3,079.14 |
| ATM & Debit Card Withdrawals | - 3,763.33 |
| Other Withdrawals, Fees & Charges | - 541.77 |
| **Ending Balance** | **$6,595.30** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.07 |
| Interest Paid Year-to-Date | $0.07 |

This message confirms that you have overdraft protection on your checking account.



January 29, 2010 through February 24, 2010

Account Number:  **000000874672371**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|
| 101 ^ | 02/08 | $160.00 | | 115 | 02/22 | 178.75 |
| 102 ^ | 02/10 | 42.50 | | 116 | 02/22 | 104.75 |
| 103 ^ | 02/10 | 40.00 | | 117 | 02/22 | 75.50 |
| 105 * ^ | 02/23 | 95.00 | | 118 ^ | 02/22 | 60.69 |
| 107 * ^ | 02/18 | 15.00 | | 119 | 02/23 | 90.58 |
| 109 * ^ | 02/17 | 160.00 | | 120 | 02/23 | 23.62 |
| 110 ^ | 02/22 | 800.00 | | 124 * ^ | 02/23 | 306.00 |
| 111 ^ | 02/24 | 350.71 | | 9990 * ^ | 02/04 | 30.00 |
| 112 | 02/24 | 8.66 | | 9991 | 02/09 | 183.14 |
| 113 | 02/22 | 79.00 | | 9992 ^ | 02/18 | 15.00 |
| 114 ^ | 02/23 | 260.24 | | | | |

**Total Checks Paid**    **$3,079.14**

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 01/29 | Deposit | **10,663.47** | 10,663.47 |
| 02/01 | Deposit          68888354 | **510.00** | 11,173.47 |
| 02/01 | Card Purchase W/Cash      01/31 Ralphs 655 S. Grand Ave Glendora CA Card 3574 Purchase $54.73 Cash Back $20.00 | - 74.73 | 11,098.74 |
| 02/01 | Card Purchase With Pin 01/31 Arco Paypoint       0952 Pasadena CA Card 3574 | - 49.60 | 11,049.14 |
| 02/01 | Card Purchase With Pin 01/30 King Ranch Market #2 Altadena CA Card 3574 | - 28.11 | 11,021.03 |
| 02/01 | Card Purchase With Pin 01/30 Vons      Store 2264 Pasadena CA Card 3574 | - 27.58 | 10,993.45 |
| 02/01 | Card Purchase With Pin 01/30 King Ranch Market #2 Altadena CA Card 3574 | - 25.17 | 10,968.28 |
| 02/01 | ATM Withdrawal          01/31 2670 E.Colorado Blvd Pasadena CA Card 3574 | - 20.00 | 10,948.28 |
| 02/01 | Card Purchase With Pin 01/30 Sou Orchard Supply 4328 Pasadena CA Card 3574 | - 17.96 | 10,930.32 |
| 02/01 | Card Purchase With Pin 01/31 Mcdonald's F11949 W Altadena CA Card 3574 | - 13.68 | 10,916.64 |
| 02/03 | ATM Withdrawal          02/03 2333 N Lake Ave Altadena CA Card 3178 | - 20.00 | 10,896.64 |
| 02/04 | Check                # 9990 | - 30.00 | 10,866.64 |
| 02/05 | Non-Chase ATM Withdraw 02/05 *Foothill & Rosemead Pasadena CA Card 3574 | - 163.00 | 10,703.64 |
| 02/08 | Wyndham          Wyndham Vr 000000410713358 Tel ID: 9200702265 | - 285.53 | 10,418.11 |

**CHASE** ○

January 29, 2010 through February 24, 2010

Account Number:     **000000874672371**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 02/16 | Card Purchase With Pin  02/15 Chuys Tire1539 Lincoln Pasadena CA Card 8774 | - 10.00 | 8,258.97 |
| 02/17 | Deposit | 1,850.00 | 10,108.97 |
| 02/17 | Check              # 109 | - 160.00 | 9,948.97 |
| 02/17 | Card Purchase              02/16 Yang Chow Restaurant Pasadena CA Card 8774 | - 80.26 | 9,868.71 |
| 02/17 | Card Purchase With Pin  02/16 Arco Paypoint       3048 Whittier CA Card 8774 | - 42.14 | 9,826.57 |
| 02/17 | Card Purchase              02/16 Gtl*Globaltellink 866-230-7761 AL Card 8774 | - 25.00 | 9,801.57 |
| 02/17 | Card Purchase              02/14 The Hat #6 Glendora CA Card 8774 | - 20.15 | 9,781.42 |
| 02/17 | Card Purchase With Pin  02/16 Kaiser 0809020 Pasadena CA Card 3178 | - 10.00 | 9,771.42 |
| 02/18 | Deposit         72620225 | 260.00 | 10,031.42 |
| 02/18 | Card Purchase              02/16 Kaiser 020-3355-017148 Pasadena CA Card -7966 | - 26.02 | 10,005.40 |
| 02/18 | Check              # 9992 | - 15.00 | 9,990.40 |
| 02/18 | Check              # 107 | - 15.00 | 9,975.40 |
| 02/18 | Card Purchase              02/16 Starbucks USA 000657 Los Angeles CA Card 8774 | - 14.15 | 9,961.25 |
| 02/19 | Card Purchase With Pin  02/18 Arco Paypoint       8167 Altadena CA Card 7966 | - 56.16 | 9,905.09 |
| 02/19 | Card Purchase With Pin  02/18 Nst Sears Roebuck  0302 Pasadena CA Card 8774 | - 55.84 | 9,849.25 |
| 02/19 | Card Purchase              02/17 Goodwill Store #34 Pasadena CA Card 7966 | - 29.99 | 9,819.26 |
| 02/19 | Card Purchase With Pin  02/18 Ralphs 2270 N.Lake Ave Tadena CA Card 7966 | - 8.28 | 9,810.98 |
| 02/22 | Check              # 110 | - 800.00 | 9,010.98 |
| 02/22 | Check # 0115       AT&T Services LA Check Pymt        Arc ID: 7427826552 | - 178.75 | 8,832.23 |
| 02/22 | Check # 116       Allstate Ins CO  Checkpaymt        Arc ID: 9129806001 | - 104.75 | 8,727.48 |
| 02/22 | Check # 113       Allstate Ins CO  Checkpaymt        Arc ID: 9129806001 | - 79.00 | 8,648.48 |
| 02/22 | Check # 117       Allstate Ins CO  Checkpaymt        Arc ID: 9129806001 | - 75.50 | 8,572.98 |
| 02/22 | Card Purchase              02/19 Code 3 Life Support Ed Pasadena CA Card 8774 | - 75.00 | 8,497.98 |
| 02/22 | Card Purchase With Pin  02/19 Target T1332 Pasadena Pasadena CA Card 7966 | - 61.80 | 8,436.18 |
| 02/22 | Check              # 118 | - 60.69 | 8,375.49 |
| 02/22 | Card Purchase With Pin  02/19 Arco Paypoint       3129 Pasadena CA Card 8774 | - 48.16 | 8,327.33 |
| 02/22 | ATM Withdrawal            02/21 860 E. Colorado Blvd. Pasadena CA Card 8774 | - 40.00 | 8,287.33 |
| 02/22 | Card Purchase              02/20 Dave & Busters #34 Arcadia CA Card 8774 | - 39.82 | 8,247.51 |
| 02/22 | Card Purchase              02/19 Baskin #360052       Q35 Pasadena CA Card 8774 | - 33.99 | 8,213.52 |
| 02/22 | Card Purchase W/Cash    02/19 Ralphs 3601 E.Foothi D  Pasadena CA Card 8774<br>Purchase $23.25 Cash Back $10.00 | - 33.25 | 8,180.27 |
| 02/22 | Card Purchase With Pin  02/19 Vons         Store  2264 Pasadena CA Card 8774 | - 25.45 | 8,154.82 |
| 02/22 | Card Purchase              02/20 Amc Santa Anit04002069 Arcadia CA Card 7966 | - 11.00 | 8,143.82 |
| 02/22 | Card Purchase With Pin  02/19 Kaiser 08090136 Los Angeles CA Card 8774 | - 10.00 | 8,133.82 |
| 02/23 | Check              # 124 | - 306.00 | 7,827.82 |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:                         | CHAPTER 11 (NON-BUSINESS)       |              |
|--------------------------------|---------------------------------|--------------|
| James N. Knowles and Sara Knowles | | |
| | Case Number: | 2:10-bk-11762ER |
| | Operating Report Number: | 2 |
| Debtor(s). | For the Month Ending: | 2/28/10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. CASH COLLATERAL ACCOUNT*)

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 100.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 3.  BEGINNING BALANCE: | 100.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | 10,140.41 |
| 5.  BALANCE: | 10,240.41 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 0.00 |
| 7.  ENDING BALANCE: | 10,240.41 |

8.  General Account Number(s): 874672389

Depository Name & Location:
Chase
2333 N. Lake Ave.
Altadena, CA  91001

\*   All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____2/24/2010_____    Balance on Statement: _____$4,975.01_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                                                | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                               | 0.00 |

Bank statement Adjustments:                                                             _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                                   | $4,975.01 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 29, 2010 through February 24, 2010

Account Number: **000000874672389**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010717 DRE 703 141 05610 - YYYNN T 1 000000000 17 0000
JAMES N KNOWLES
SARA KNOWLES
372 LAUN ST
ALTADENA CA 91001-5540

IMPORTANT NOTICE
We are making changes to your account.
Please see the enclosed notice(s) for more information.

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 4,975.01 |
| **Ending Balance** | **$4,975.01** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

This message confirms that you have overdraft protection on your checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 01/29 | Deposit | 100.00 | 100.00 |
| 02/10 | Deposit | 3,485.00 | 3,585.00 |
| 02/17 | Deposit | 1,390.00 | 4,975.00 |
| 02/24 | Interest Payment | 0.01 | 4,975.01 |
| | **Ending Balance** | | **$4,975.01** |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| James N. Knowles and Sara Knowles | | |
| | Case Number: | 2:10-bk-11762ER |
| | Operating Report Number: | 2 |
| Debtor(s). | For the Month Ending: | 2/28/10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (SAVINGS ACCOUNT*)

| | |
|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 300.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 3.  BEGINNING BALANCE: | 300.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | 0.00 |
| 5.  BALANCE: | 300.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 0.00 |
| 7.  ENDING BALANCE: | 300.00 |

8.  General Account Number(s):  2947907560

Depository Name & Location:
Chase
2333 N. Lake Ave.
Altadena, CA  91001

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 2/24/2010 | Balance on Statement: | $300.01 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          | 0.00 |

Bank statement Adjustments:                        _____
Explanation of Adjustments-

[                                                              ]

ADJUSTED BANK BALANCE:                             | $300.01 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment



# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 29, 2010 through February 22, 2010

Account Number: **000002947907560**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00029043 DRE 703 141 05410 - YNNNN T 1 000000000 15 0000

JAMES N KNOWLES
SARA KNOWLES
372 LAUN ST
ALTADENA CA 91001-5540

IMPORTANT NOTICE
We are making changes to your account.
Please see the enclosed notice(s) for more information.

## SAVINGS SUMMARY     Chase Plus Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.00** |
| Deposits and Additions | 300.01 |
| **Ending Balance** | **$300.01** |
| | |
| Annual Percentage Yield Earned This Period | 0.05% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

You could earn an even higher interest rate on your Chase Plus Savings account if you link it to a qualifying checking account.  Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$0.00** |
| 01/29 | Deposit | 300.00 | 300.00 |
| 02/22 | Interest Payment | 0.01 | 300.01 |
| | **Ending Balance** | | **$300.01** |

Page 1 of 2

IL STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Washinton Mutual | Monthly | $1,739.27 | 0 | 0.00 |
| GMAC | Monthly | $3,106.85 | 1 | 3,106.85 |
| Countrywide | Monthly | $250.00 | 1 | 250.00 |
| GMAC | Monthly | $3,698.94 | 1 | 3,698.94 |
| Countrywide | Monthly | $350.00 | 1 | 350.00 |
| Fairfield Resorts | Monthly | $285.53 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 7,405.79 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | All State | 1000000.00 | 8/20; 12/30; 12/8-2010 | expiration |
| Worker's Compensation | N/A | | | |
| Casualty | N/A | | | |
| Vehicle | 21st Century | 100000.00 | 3/24/2010 | expiration |
| Others: | N/A | | | |
| | | | | |

I B SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of of montly account statements for each of the below)

| | | |
|---|---|---|
| | General Account: | 11,190.69 |
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | Cash Collateral | 10,240.41 |
| | Savings | 300.01 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                            21,731.11

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                                   0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

Page 7 of 8

XI. QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | ___ |

|  | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Cash collaeral order obtained

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | ___ |

I,    James N. Knowles,
      declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession
      operating report and that the information contained herein is true and complete to the best of my
      knowledge.