UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| James N. Knowles and Sara Knowles | | |
| | Case Number: | 2:10-bk-11762ER |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 3/31/10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 22,065.39 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 10,874.70 |
| 3. BEGINNING BALANCE: | 11,190.69 |
| 4. RECEIPTS DURING CURRENT PERIOD: | 14,318.74 |
| 5. BALANCE: | 25,509.43 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 16,047.82 |
| 7. ENDING BALANCE: | 9,461.61 |

8. General Account Number(s):  874672371

| Depository Name & Location: | Chase |
|---|---|
| | 2333 N. Lake Ave. |
| | Altadena, CA 91001 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03/01/2010 | ACH | Fairfield | Timeshare | 275.44 |
| | ACH | Fairfied | Timeshare Assocaton fee | 113.00 |
| | Debit | Food 4 Less | Groceries | 106.08 |
| | Debit | Gamestop | Gaming / Entertainment | 68.84 |
| | Debit | Vons | Groceries | 68.37 |
| | Debit | Arco | Gas | 52.82 |
| | Debit | Ironmaglabs Inc | School Project | 46.98 |
| | Debit | Mc Donalds | Lunch | 16.35 |
| | Debit | PAPA Johns | Dinner | 15.35 |
| | Debit | Smart & Final | Groceries | 10.09 |
| | Debit | Kaiser | Hospital Co-pay | 10.00 |
| | Debit | Fonethan Lawn | Gardening Supply | 8.00 |
| | Debit | King Ranch | Groceries | 4.69 |
| 03/02/2010 | 131 | Victor Bentne | Rental cleaning (Covson) | 100.00 |
| | Debit | Petco | Pet Supplies (School Project) | 60.82 |
| | Debit | Petco | Pet Supplies (School Project) | 49.28 |
| | Debit | Shell | Gas | 47.94 |
| | 108 | Brook Morris | Tutoring | 40.00 |
| | Debit | L.A Fitness | Gym | 30.00 |
| | 133 | Brook Morris | Tutoring | 30.00 |
| | Debit | Bills Bar B Q | Dinner | 19.70 |
| | Debit | AT & T | Phone Service | 16.46 |
| | Debit | Pasadena True Value | Supplies | 15.35 |
| | Debit | NETFlix | Entertainment | 9.87 |
| | Debit | Pet co | Pet Supplies (school Project) | 6.57 |
| 03/03/2010 | Debit | L.A County tax Collector | Property taxes | 1868.03 |
| | 134 | ST Francis | Education | 1029.00 |
| | 129 | Knights of Columbus | Insurance | 385.00 |
| | Debit | Eastbay | Shoes | 119.98 |
| | 137 | City of Pasadena | Utitities | 103.76 |
| | 132 | Jeff Curtis | Real Estate (Corson) | 100.00 |
| | 141 | Allstate | Home owner Insurance (Corson) | 82.50 |
| | 136 | So. Cal Edison | Utities | 77.16 |
| | Debit | Exxon | Gas | 42.18 |
| | Debit | 7-Eleven | Snacks | 27.31 |
| | Debit | Vons | Groceries | 16.45 |
| | Debit | Gov Service | Link 2 | 3.95 |
| 03/04/2010 | Debit | Target | Groceries / Hygene | 96.73 |
| | 138 | AT & T | Phone Service | 84.66 |
| | 143 | Huntington Hospital | Medical Parking | 24.00 |
| | Debit | 99¢ Store | Groceries | 21.53 |
| 03/05/2010 | 142 | Leonard Muscle | CPA / Taxes | 429.00 |
| | ACh | Assumption | Education | 370.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03 05 2010 | CC | Debit Priya | Refund security Deposit (Rental) | 350.00 |
| | 139 | The Gas Co. | Utilities | 172.07 |
| | 135 | Charter Communication | Entertainmer Cable TV | 98.71 |
| | 121 | Knights of Columbus | Membership | 36.00 |
| | ATM | Petty Cash | Petty Cash | 20.00 |
| | Debit | Acco | Snacks | 9.45 |
| 03 08 2010 | Debit | Ralphs | Groceries | 65.07 |
| | Debit | Vons | Groceries | 61.72 |
| | Debit | Arco | Gas | 50.01 |
| | Debit | Office Depot | Supplies | 31.25 |
| | Debit | MC Donalds | Lunch | 18.99 |
| | Debit | Numero Uno | lunch | 16.96 |
| | Debit | Kaiser | Medicine | 14.39 |
| | Debit | Petco | Pet food | 11.17 |
| | Debit | Rite Aide | Medicine | 10.46 |
| | Debit | Kaiser | Hospital Co-pay | 10.00 |
| 03 09 2010 | 130 | Knights of Columbus | Insurance | 103.36 |
| | Debit | Arco | Gas | 57.79 |
| | 145 | Bartolo Photography | Graduation Pictures | 35.00 |
| | Debit | Ralphs | Groceries | 28.39 |
| 03 10 2010 | 144 | Assumption Church | Charible Contribution | 40.00 |
| | Debit | Super King | Groceries | 37.12 |
| | Debit | 7-Eleven | Snacks | 22.43 |
| 03 11 2010 | Debit | Super King | Groceries | 59.50 |
| | Debit | Ralphs | Groceries | 15.84 |
| | Debit | Kaiser | medicine | 12.63 |
| 03 12 2010 | 148 | Avon | Hygene Products | 140.55 |
| | Debit | Vons | Groceries | 129.64 |
| | 140 | City of Pasadena | Fire Dept inspection (Carson) | 48.50 |
| | Debit | L.A fitness | Gym | 29.99 |
| | Debit | L.A Fitness | Gym | 29.99 |
| | Debit | Biggest Loser | membership | 19.98 |
| 03 15 2010 | 150 | St Francis | Education | 650.00 |
| | Debit | Shell | Gas | 64.65 |
| | Debit | Arco | Gas | 49.80 |
| | ATM | Petty Cash | Hair Cuts (Boys) | 40.00 |
| | Debit | Petsmart | Dog food | 35.11 |
| | 151 | ST Francis | Education | 35.00 |
| | Debit | Smart & Final | Groceries | 33.74 |
| | Debit | Rite Aide | Medicine / Hygene | 21.30 |
| | Debit | Ralphs | Groceries | 14.37 |
| | Debit | Ralphs | Groceries | 5.82 |
| 03 16 2010 | ATM | Petty Cash | Pay Credit union and close account | 340.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

# TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03/16/2010 | 106 | Assumption | Education | 70.00 |
| | 152 | Gabriel Diaz | Yard work rental (Cobson) | 40.00 |
| | Debit | King Ranch | Groceries | 17.36 |
| 03/17/2010 | Acct | Chase | Mortgage Payment | 1739.27 |
| | 149 | Delta Fire | Fire Extinguisher Insp (Coison) | 37.50 |
| | Debit | Kaiser | Medicine | 18.02 |
| | Debit | Golden Bowl | Lunch | 15.90 |
| 03/18/2010 | 155 | Ricardo Gonzalez | Driving School | 220.00 |
| | Debit | King Ranch | Groceries | 18.23 |
| | Debit | Joy Bees | Lunch | 14.16 |
| 03/19/2010 | Debit | Arco | Gas | 53.67 |
| | Debit | Arco | Gas | 49.65 |
| | Debit | Egg roll Express | Dinner | 32.12 |
| | Debit | Wenerschitzel | Lunch | 8.76 |
| 03/22/2010 | Debit | Vons | Groceries | 77.02 |
| | Debit | Smart + Final | Groceries | 67.67 |
| | Debit | Stater Brothers | Groceries | 56.24 |
| | Debit | Vons | Groceries | 48.24 |
| | Debit | Arco | Gas | 47.70 |
| | Debit | King Ranch | Groceries | 24.79 |
| | Debit | MC Donalds | Lunch | 9.16 |
| 03/23/2010 | 156 | Athens Services | Garbage Service | 60.69 |
| | 147 | Estela Diaz | House Cleaning | 46.00 |
| | 164 | Assumption Church | Charible Contribution | 15.00 |
| | Misc | Interest rate | Interest rate payment | .04 |
| 03/24/2010 | ATM | Petty Cash | Boy Scout Camping trip | 40.00 |
| | Debit | Petco | Dog food | 32.90 |
| | Debit | Ralphs | Groceries | 22.40 |
| | Debit | PAPA Johns | Dinner | 21.95 |
| | 159 | MCI | Phone Service | 18.42 |
| 03/25/2010 | 161 | 21st Century | Automobile Insurance | 247.00 |
| | 157 | AT&T | Phone Service | 173.91 |
| | 158 | Allstate | Home Insurance | 75.50 |
| | Debit | Arco | Gas | 58.52 |
| | Debit | KFC | Lunch | 12.05 |
| | Debit | Vons | Groceries | 11.71 |
| 03/26/2010 | Debit | Target | Groceries / Goods / Hygene | 76.27 |
| 03/29/2010 | Debit | MC Donalds | Lunch | 10.57 |
| | Debit | Vons | Groceries | 10.32 |
| | Debit | Ralphs | Groceries | 35.02 |
| | Debit | Vons | Groceries | 152.62 |
| | Debit | Kohl's | Clothing | 168.17 |
| | Debit | Sears | Clothing | 197.67 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date<br>mm/dd/yyyy | Check<br>Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03/29/2010 | Debit | Orchard | Gardening Supply | 12.38 |
| | Debit | Arco | Gas | 43.90 |
| | ACH | Fairfield | Timeshare | 275.44 |
| | ACH | Fairfield | Timeshare Asso fee | 13.00 |
| | 162 | Readers Digest | Magazine Subscription | 24.98 |
| | 163 | Runners world | Magazine Subscription | 24.94 |
| | 154 | Private school Aide | Education | 21.00 |
| 03/31/2010 | Debit | McDonald | Lunch | 10.84 |
| | Debit | Soup plantation | Lunch | 19.06 |
| | Debit | LAScari Deli | Lunch | 19.59 |
| | Debit | office Depit | School Supplies | 25.86 |
| | Debit | Arco | Gas | 47.37 |
| | 160 | X-box Magazine | Magazine Subscription | 24.95 |
| | 166 | The Gas Co | Utitties (Corson) | 7.93 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

Page 5 of 16

| Bank statement Date: | 2/24/2010 | Balance on Statement: | · $5,294.05 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| . Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: $5,294.05

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 25, 2010 through March 23, 2010

Account Number:   **000000874672371**

00077864 DRE 703 141 08310 - NNNNN T 1 000000000 17 0000

JAMES N KNOWLES
SARA KNOWLES
372 LAUN ST
ALTADENA CA 91001-5540

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase Premier Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$6,595.30** |
| Deposits and Additions | 11,005.74 |
| Checks Paid | - 4,452.67 |
| ATM & Debit Card Withdrawals | - 5,006.61 |
| Other Withdrawals, Fees & Charges | - 2,847.71 |
| Ending Balance | **$5,294.05** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.04 |
| Interest Paid Year-to-Date | $0.11 |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 106 ^ | 03/16 | $70.00 | 133 ^ | 03/02 | 30.00 |
| 108 * ^ | 03/02 | 40.00 | 134 ^ | 03/03 | 1,029.00 |
| 121 * ^ | 03/05 | 36.00 | 135 | 03/05 | 98.71 |
| 122 ^ | 02/25 | 25.00 | 136 | 03/03 | 77.16 |
| 123 | 02/26 | 24.98 | 137 ^ | 03/03 | 103.76 |
| 125 * ^ | 02/25 | 68.43 | 138 | 03/04 | 84.66 |
| 129 * ^ | 03/03 | 385.80 | 139 | 03/05 | 172.07 |
| 130 ^ | 03/09 | 103.36 | 140 ^ | 03/12 | 48.50 |
| 131 ^ | 03/02 | 100.00 | 141 ^ | 03/03 | 82.50 |
| 132 ^ | 03/03 | 100.00 | 142 ^ | 03/05 | 429.00 |

 **CHASE**

February 25, 2010 through March 23, 2010

Account Number:    **000000874672371**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER    **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE ○**

February 25, 2010 through March 23, 2010

Account Number:    **000000874672371**



| CHECKS PAID | *(continued)* | | | | |
|---|---|---|---|---|---|
| **CHECK NUMBER** | **DATE PAID** | **AMOUNT** | **CHECK NUMBER** | **DATE PAID** | **AMOUNT** |
| 143 ^ | 03/04 | 24.00 | 150 ^ | 03/15 | 650.00 |
| 144 ^ | 03/10 | 40.00 | 151 ^ | 03/15 | 35.00 |
| 145 ^ | 03/09 | 35.00 | 152 ^ | 03/16 | 40.00 |
| 147 * ^ | 03/23 | 46.00 | 155 * ^ | 03/18 | 220.00 |
| 148 ^ | 03/12 | 140.55 | 156 ^ | 03/23 | 60.69 |
| 149 ^ | 03/17 | 37.50 | 164 * ^ | 03/23 | 15.00 |

**Total Checks Paid**    **$4,452.67**

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $6,595.30 |
| 02/25 | Check                # 125 | - 68.43 | 6,526.87 |
| 02/25 | Card Purchase With Pin  02/24 Arco Paypoint      8167 Altadena CA Card 7966 | - 53.28 | 6,473.59 |
| 02/25 | Check                # 122 | - 25.00 | 6,448.59 |
| 02/25 | ATM Withdrawal        02/25 700 W Huntington DR Arcadia CA Card 8774 | - 20.00 | 6,428.59 |
| 02/26 | Card Purchase With Pin  02/25 Smart & Final CO. Pasadena CA Card 8774 | - 112.39 | 6,316.20 |
| 02/26 | Check # 0123      Readers Digest  8003349599      Arc ID: 30015382W1 | - 24.98 | 6,291.22 |
| 02/26 | Card Purchase        02/25 Contractors Tile Mar San Gabriel CA Card 8774 | - 19.49 | 6,271.73 |
| 02/26 | Card Purchase With Pin  02/25 Vons    Store  2264 Pasadena CA Card 8774 | - 15.54 | 6,256.19 |
| 03/01 | Deposit | 2,000.00 | 8,256.19 |
| 03/01 | Deposit | 1,408.96 | 9,665.15 |
| 03/01 | Fairfield Resort Timeshare          PPD ID: 0000108304 | - 275.44 | 9,389.71 |
| 03/01 | Fairshare Plus   Timeshare          PPD ID: 0000108304 | - 113.00 | 9,276.71 |
| 03/01 | Card Purchase With Pin  02/26 Food 4 Less 1329 No. LA Psadena CA Card 8774 | - 106.08 | 9,170.63 |
| 03/01 | Card Purchase        02/26 Gamestop #1572 Pasadena CA Card 8774 | - 68.84 | 9,101.79 |
| 03/01 | Card Purchase With Pin  02/28 Vons    Store  2264 Pasadena CA Card 8774 | - 68.37 | 9,033.42 |
| 03/01 | Card Purchase With Pin  02/28 Arco Paypoint      8167 Altadena CA Card 7966 | - 52.82 | 8,980.60 |
| 03/01 | Card Purchase        02/26 Ironmaglabs Inc 303-658-0940 CO Card 8774 | - 46.98 | 8,933.62 |
| 03/01 | Card Purchase        02/26 Mcdonald's F15449 Pasadena CA Card 8774 | - 16.35 | 8,917.27 |
| 03/01 | Card Purchase        02/26 Papa Johns #2903.Com 626-808-988 CA Card 8774 | - 15.35 | 8,901.92 |
| 03/01 | Card Purchase With Pin  02/26 Smart & Final CO. Pasadena CA Card 8774 | - 10.09 | 8,891.83 |
| 03/01 | Card Purchase With Pin  02/26 Kaiser 0809020 Pasadena CA Card 8774 | - 10.00 | 8,881.83 |
| 03/01 | Card Purchase With Pin  02/26 Poncitlan Lawn/2065 N. Pasadena CA Card 8774 | - 8.00 | 8,873.83 |



February 25, 2010 through March 23, 2010

Account Number:   **000000874672371**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/01 | Card Purchase With Pin  02/28 King Ranch Market #2 Altadena CA Card 7966 | - 4.69 | 8,869.14 |
| 03/02 | Card Purchase Return   03/01 Petco 577    63505770 LA Canada CA Card 8774 | **5.48** | 8,874.62 |
| 03/02 | Deposit | **2,015.00** | 10,889.62 |
| 03/02 | Check          # 131 | - 100.00 | 10,789.62 |
| 03/02 | Card Purchase With Pin  03/01 Petco Animal Supplies LA Canada CA Card 8774 | - 60.82 | 10,728.80 |
| 03/02 | Card Purchase With Pin  03/01 Petco Animal Supplies Pasadena CA Card 8774 | - 49.28 | 10,679.52 |
| 03/02 | Card Purchase          02/28 Shell Oil 5744373250 Sherman Oak CA Card 8774 | - 47.94 | 10,631.58 |
| 03/02 | Check          # 108 | - 40.00 | 10,591.58 |
| 03/02 | Card Purchase          03/01 LA Fitness 800-600-2540 CA Card 8774 | - 30.00 | 10,561.58 |
| 03/02 | Check          # 133 | - 30.00 | 10,531.58 |
| 03/02 | Card Purchase          02/28 Bills B Bque Altadena CA Card 8774 | - 19.70 | 10,511.88 |
| 03/02 | Card Purchase          02/28 AT&T K008 9969 800-331-0500 PA Card 8774 | - 16.46 | 10,495.42 |
| 03/02 | Card Purchase          03/01 Pasadena True Value Pasadena CA Card 8774 | - 15.35 | 10,480.07 |
| 03/02 | Card Purchase          03/01 Nfi*Www.Netflix.Com/ Netflix.Com CA Card 8774 | - 9.87 | 10,470.20 |
| 03/02 | Card Purchase With Pin  03/01 Petco Animal Supplies Glendale CA Card 8774 | - 6.57 | 10,463.63 |
| 03/03 | Card Purchase          03/02 L2G*LA County Ttc PA 213-974-211 CA Card 8774 | - 1,868.03 | 8,595.60 |
| 03/03 | Check          # 134 | - 1,029.00 | 7,566.60 |
| 03/03 | Check          # 129 | - 385.80 | 7,180.80 |
| 03/03 | Card Purchase          03/01 Eastbay Catalog 800-628-6301 WI Card 8774 | - 119.98 | 7,060.82 |
| 03/03 | Check          # 137 | - 103.76 | 6,957.06 |
| 03/03 | Check          # 132 | - 100.00 | 6,857.06 |
| 03/03 | Check          # 141 | - 82.50 | 6,774.56 |
| 03/03 | Check # 136      So Cal Edison    Mailed Pmt      Arc ID: 1951240335 | - 77.16 | 6,697.40 |
| 03/03 | Card Purchase With Pin  03/02 Exxonmobil POS Pico Riv CA Card 8774 | - 42.18 | 6,655.22 |
| 03/03 | Card Purchase W/Cash   03/02 7-Eleven Whittier CA Card 8774 Purchase $17.31 Cash Back $10.00 | - 27.31 | 6,627.91 |
| 03/03 | Card Purchase With Pin  03/02 Vons        Store 2152 Pasadena CA Card 7966 | - 16.45 | 6,611.46 |
| 03/03 | Card Purchase          03/02 L2G*Link2Gov Service 213-974-211 TN Card 8774 | - 3.95 | 6,607.51 |
| 03/04 | Card Purchase W/Cash   03/03 Target T1332 Pasadena Pasadena CA Card 7966 Purchase $86.73 Cash Back $10.00 | - 96.73 | 6,510.78 |
| 03/04 | Check # 0138     AT&T Telco West  000Payment      Arc ID: 5742782655 | - 84.66 | 6,426.12 |
| 03/04 | Check          # 143 | - 24.00 | 6,402.12 |
| 03/04 | Card Purchase With Pin  03/03 99 Cent Stores 1720 E C Pasadena CA Card 7966 | - 21.53 | 6,380.59 |
| 03/05 | Deposit | **634.00** | 7,014.59 |
| 03/05 | Check          # 142 | - 429.00 | 6,585.59 |
| 03/05 | Facts/Assumption 3/05/00-1         PPD ID: 1470660163 | - 370.00 | 6,215.59 |
| 03/05 | Withdrawal | - 350.00 | 5,865.59 |
| 03/05 | Check # 0139     Socalgas      Arc Pymt      Arc ID: 3951240705 | - 172.07 | 5,693.52 |

# CHASE ◗

February 25, 2010 through March 23, 2010
Account Number:    **000000874672371**

## TRANSACTION DETAIL  *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/05 | Check # 0135        Charter Communi  Check Pymt         Arc ID: 0480000044 | - 98.71 | 5,594.81 |
| 03/05 | Check                # 121 | - 36.00 | 5,558.81 |
| 03/05 | ATM Withdrawal          03/05 1600 N.Vermont Avenue Hollywood CA Card 8774 | - 20.00 | 5,538.81 |
| 03/05 | Card Purchase With Pin 03/04 Arco Paypoint          3090 Pasadena CA Card 8774 | - 9.45 | 5,529.36 |
| 03/08 | Card Purchase W/Cash    03/05 Ralphs 521 W. Foothill LA Canada CA Card 8774<br>Purchase $55.07 Cash Back $10.00 | - 65.07 | 5,464.29 |
| 03/08 | Card Purchase With Pin 03/06 Vons        Store 2264 Pasadena CA Card 8774 | - 61.72 | 5,402.57 |
| 03/08 | Card Purchase With Pin 03/08 Arco Paypoint        8167 Altadena CA Card 8774 | - 50.01 | 5,352.56 |
| 03/08 | Card Purchase With Pin 03/05 Office Depot Office Dep Pasadena CA Card 8774 | - 31.25 | 5,321.31 |
| 03/08 | Card Purchase            03/05 Mcdonald's F11949 W Altadena CA Card 8774 | - 18.99 | 5,302.32 |
| 03/08 | Card Purchase            03/04 Numero Uno Pizza Pasadena CA Card 8774 | - 16.96 | 5,285.36 |
| 03/08 | Card Purchase            03/05 Kaiser 024-3355-2723 Los Angeles CA Card 8774 | - 14.39 | 5,270.97 |
| 03/08 | Card Purchase With Pin 03/05 Petco Animal Supplies Pasadena CA Card 8774 | - 11.17 | 5,259.80 |
| 03/08 | Card Purchase With Pin 03/07 Rite Aid Corp. Altadena CA Card 8774 | - 10.40 | 5,249.40 |
| 03/08 | Card Purchase With Pin 03/05 Kaiser 08090185 Los Angeles CA Card 8774 | - 10.00 | 5,239.40 |
| 03/09 | Check                # 130 | - 103.36 | 5,136.04 |
| 03/09 | Card Purchase With Pin 03/08 Arco Paypoint         8167 Altadena CA Card 7966 | - 57.79 | 5,078.25 |
| 03/09 | Check                # 145 | - 35.00 | 5,043.25 |
| 03/09 | Card Purchase W/Cash    03/08 Ralphs 11922 S. Verm Los Angeles CA Card 8774<br>Purchase $8.39 Cash Back $20.00 | - 28.39 | 5,014.86 |
| 03/10 | Check                # 144 | - 40.00 | 4,974.86 |
| 03/10 | Card Purchase With Pin 03/09 Super King Market #3 Altadena CA Card 7966 | - 37.12 | 4,937.74 |
| 03/10 | Card Purchase W/Cash    03/09 7-Eleven Whittier CA Card 8774<br>Purchase $12.43 Cash Back $10.00 | - 22.43 | 4,915.31 |
| 03/11 | Deposit | 575.00 | 5,490.31 |
| 03/11 | Card Purchase With Pin 03/10 Super King Market #3 Altadena CA Card 7966 | - 59.50 | 5,430.81 |
| 03/11 | Card Purchase With Pin 03/10 Ralphs 2270 N.Lake Ave Tadena CA Card 7966 | - 15.84 | 5,414.97 |
| 03/11 | Card Purchase            03/09 Kaiser 020-3355-017148 Pasadena CA Card 7966 | - 12.63 | 5,402.34 |
| 03/12 | Check                # 148 | - 140.55 | 5,261.79 |
| 03/12 | Card Purchase W/Cash    03/11 Vons        Store 2264 Pasadena CA Card 8774<br>Purchase $109.64 Cash Back $20.00 | - 129.64 | 5,132.15 |
| 03/12 | Check                # 140 | - 48.50 | 5,083.65 |
| 03/12 | Card Purchase            03/11 LA Fitness 800-600-2540 CA Card 8774 | - 29.99 | 5,053.66 |
| 03/12 | Card Purchase            03/11 LA Fitness 800-600-2540 CA Card 8774 | - 29.99 | 5,023.67 |
| 03/12 | Card Purchase            03/11 Rdp*Biggestloser Web 800-914-936 PA Card 8774 | - 19.98 | 5,003.69 |

# CHASE ⬡

February 25, 2010 through March 23, 2010

Account Number:    **000000874672371**

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 03/15 | L.A. County Payr Payroll          PPD ID: 3956000927 | **2,537.92** | 7,541.61 |
| 03/15 | Check                 # 150 | - 650.00 | 6,891.61 |
| 03/15 | Card Purchase          03/12 Shell Oil 5744373250 Sherman Oak CA Card 8774 | - 64.65 | 6,826.96 |
| 03/15 | Card Purchase With Pin  03/14 Arco Paypoint        3141 Altadena CA Card 8774 | - 49.80 | 6,777.16 |
| 03/15 | ATM Withdrawal          03/13 1188 E.Alosta Avenue Azusa CA Card 8774 | - 40.00 | 6,737.16 |
| 03/15 | Card Purchase With Pin  03/14 Petsmart Inc 109 Pasadena CA Card 8774 | - 35.11 | 6,702.05 |
| 03/15 | Check                 # 151 | - 35.00 | 6,667.05 |
| 03/15 | Card Purchase With Pin  03/12 Smart & Final CO. Pasadena CA Card 8774 | - 33.74 | 6,633.31 |
| 03/15 | Card Purchase With Pin  03/12 Rite Aid Corp. Sherman Oaks CA Card 8774 | - 21.30 | 6,612.01 |
| 03/15 | Card Purchase With Pin  03/14 Ralphs 521 W. Foothill LA Canada CA Card 8774 | - 14.37 | 6,597.64 |
| 03/15 | Card Purchase With Pin  03/12 Ralphs 320 W.Colorado B Pasadena CA Card 8774 | - 5.82 | 6,591.82 |
| 03/16 | ATM Withdrawal          03/16 10200 Paramount Blvd Downey CA Card 8774 | - 340.00 | 6,251.82 |
| 03/16 | Check                 # 106 | - 70.00 | 6,181.82 |
| 03/16 | Check                 # 152 | - 40.00 | 6,141.82 |
| 03/16 | Card Purchase With Pin  03/15 King Ranch Market #2 Altadena CA Card 7966 | - 17.36 | 6,124.46 |
| 03/17 | Deposit      70280995 | **846.00** | 6,970.46 |
| 03/17 | Chasehomefinance Ln Pmt          PPD ID: 9042007001 | - 1,739.27 | 5,231.19 |
| 03/17 | Check                 # 149 | - 37.50 | 5,193.69 |
| 03/17 | Card Purchase          03/15 Kaiser 020-3355-017148 Pasadena CA Card 7966 | - 18.02 | 5,175.67 |
| 03/17 | Card Purchase          03/15 Golden Bowl #18 Gardena CA Card 8774 | - 15.90 | 5,159.77 |
| 03/18 | Check                 # 155 | - 220.00 | 4,939.77 |
| 03/18 | Card Purchase With Pin  03/17 King Ranch Market #2 Altadena CA Card 7966 | - 18.23 | 4,921.54 |
| 03/18 | Card Purchase     '      03/17 Jay Bee's Bar-B-Q Gardena CA Card 8774 | - 14.16 | 4,907.38 |
| 03/19 | Card Purchase With Pin  03/18 Arco Paypoint        3141 Altadena CA Card 7966 | - 53.67 | 4,853.71 |
| 03/19 | Card Purchase With Pin  03/18 Arco Paypoint        3076 Lomita CA Card 8774 | - 49.65 | 4,804.06 |
| 03/19 | Card Purchase          03/17 Egg Roll Express Pasadena CA Card 7966 | - 32.12 | 4,771.94 |
| 03/19 | Card Purchase With Pin  03/18 Wienerschntzel #509 Torrance CA Card 8774 | - 8.76 | 4,763.18 |
| 03/22 | Card Purchase W/Cash    03/20 Vons      Store  2264 Pasadena CA Card 8774  Purchase $57.02 Cash Back $20.00 | - 77.02 | 4,686.16 |
| 03/22 | Card Purchase W/Cash    03/19 Smart & Final CO. Pasadena CA Card 8774  Purchase $47.67 Cash Back $20.00 | - 67.67 | 4,618.49 |
| 03/22 | Card Purchase W/Cash    03/21 Stater Bros #59 Ontario CA Card 8774  Purchase $26.24 Cash Back $30.00 | - 56.24 | 4,562.25 |
| 03/22 | Card Purchase With Pin  03/21 Vons      Store  2264 Pasadena CA Card 7966 | - 48.24 | 4,514.01 |
| 03/22 | Card Purchase With Pin  03/21 Arco Paypoint        3084 Chino CA Card 8774 | - 47.70 | 4,466.31 |
| 03/22 | Card Purchase With Pin  03/19 King Ranch Market #2 Altadena CA Card 8774 | - 24.79 | 4,441.52 |
| 03/22 | Card Purchase          03/19 Mcdonald's F11949 W Altadena CA Card 8774 | - 9.16 | 4,432.36 |
| 03/23 | Deposit | **983.34** | 5,415.70 |

# CHASE ⬡

February 25, 2010 through March 23, 2010

Account Number: **000000874672371**



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 03/23 | Check | # 156 | - 60.69 | 5,355.01 |
| 03/23 | Check | # 147 | - 46.00 | 5,309.01 |
| 03/23 | Check | # 164 | - 15.00 | 5,294.01 |
| 03/23 | Interest Payment | | 0.04 | 5,294.05 |
| | **Ending Balance** | | | **$5,294.05** |



This Page Intentionally Left Blank

# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| James N. Knowles and Sara Knowles | | |
| | Case Number: | 2:10-bk-11762ER |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 3/31/10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (CASH COLLATERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          10,240.41

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          0.00

3. BEGINNING BALANCE:          10,240.41

4. RECEIPTS DURING CURRENT PERIOD:          0.00

5. BALANCE:          10,240.41

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD          0.00

7. ENDING BALANCE:          10,240.41

8. General Account Number(s):          874672389

| Depository Name & Location: | Chase |
|---|---|
| | 2333 N. Lake Ave. |
| | Altadena, CA 91001 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 2/24/2010 | Balance on Statement: | $10,240.41 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| TOTAL DEPOSITS IN TRANSIT | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

| | |
|---|---|
| ADJUSTED BANK BALANCE: | $10,240.41 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 25, 2010 through March 23, 2010
Account Number:  **000000874672389**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

Ilıluuıllllıuıllıuuuldlulılıluludlllıuılıuılılılıul
00005233 DRE 703 141 08310 - NNNNN T 1 000000000 17 0000

JAMES N KNOWLES
SARA KNOWLES
372 LAUN ST
ALTADENA CA 91001-5540

## CHECKING SUMMARY     Chase Premier Checking

| | AMOUNT |
|---|---|
| | **AMOUNT** |
| Beginning Balance | **$4,975.01** |
| Deposits and Additions | 5,265.40 |
| **Ending Balance** | **$10,240.41** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.05 |
| Interest Paid Year-to-Date | $0.06 |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

This message confirms that you have overdraft protection on your checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,975.01 |
| 03/09 | Deposit | 3,390.00 | 8,365.01 |
| 03/17 | Deposit | 1,875.35 | 10,240.36 |
| 03/23 | Interest Payment | 0.05 | 10,240.41 |
| | **Ending Balance** | | **$10,240.41** |

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| James N. Knowles and Sara Knowles | | |
| | Case Number: | 2:10-bk-11762ER |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 3/31/10 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (SAVINGS ACCOUNT*)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 300.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 0.00 |
| 3. BEGINNING BALANCE: | 300.00 |
| 4. RECEIPTS DURING CURRENT PERIOD: | 0.02 |
| 5. BALANCE: | 300.02 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | 0.00 |
| 7. ENDING BALANCE: | 300.02 |

8. General Account Number(s): 2947907560

| Depository Name & Location: | Chase |
|---|---|
| | 2333 N. Lake Ave. |
| | Altadena, CA 91001 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | None | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

| Bank statement Date: | 2/24/2010 | Balance on Statement: | $300.02 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | 0.00 |
|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $300.02 |
|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

IL STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Washinton Mutual | Monthly | $1,739.27 | 0 | 0.00 |
| GMAC | Monthly | $3,106.85 | 2 | 6,213.70 |
| Countrywide | Monthly | $250.00 | 2 | 500.00 |
| GMAC | Monthly | $3,698.94 | 2 | 7,397.88 |
| Countrywide | Monthly | $350.00 | 2 | 700.00 |
| Fairfield Resorts | Monthly | $285.53 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 14,811.58 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | All State | 1000000.00 | 8/20; 12/30; 12/8-2010 | expiration |
| Worker's Compensation | N/A | | | |
| Casualty | N/A | | | |
| Vehicle | 21st Century | 100000.00 | 9/24/2010 | expiration |
| Others: | N/A | | | |
| | | | | |

ID SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of of montly account statements for each of the below)

|  | | |
|---|---|---|
| | General Account: | 9,461.61 |
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | Cash Collateral | 10,240.41 |
| | Savings | 300.02 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE: | 20,002.04 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS: | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**XI. QUESTIONNAIRE**

|    |    | No | Yes |
|----|----|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

|    |    | No | Yes |
|----|----|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Cash collaeral order obtained

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|    |    | No | Yes |
|----|----|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,    James N. Knowles,
     declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

Date _____                Page 8 of 8                Principal for debtor-in-possession