MICHAEL A. CISNEROS
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692 FAX: (626) 359-3728

Michael A. Cisneros, SBN 105483
mcisneros@mac.com

Attorneys for Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br>Debtors-in-Possession | Chapter 11<br><br>CASE NO. 2:10-bk-11762ER<br><br>**NOTICE OF HEARING ON DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date: September 15, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom "1568" |

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on September 15, 2010, at 10:00 a,m, before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012 the Court will consider the approval of the Disclosure Statement filed by the Debtors, James N. Knowles and Sara Knowles on July 30, 2010.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Bankruptcy Procedure, Rule 3017(a), written objections to the approval of the Disclosure Statement must be filed on or before September 3, 2010 and served upon Debtors' counsel and the Office of the United States Trustee.

///

1

1  PLEASE TAKE FURTHER NOTICE that requests for copies of he Disclosure Statement and
2  Plan of Reorganization should be made to:

3  Michael A. Cisneros, Attorney at Law
4  50 West Lemon Avenue
   Suite 12
5  Monrovia, CA 91016
   Tel. No. (626) 359-3692
6  Fax No. (626) 359-3728
   e-mail: mcisneros@mac.com
7
8  Date: July 30, 2010

**MICHAEL A. CISNEROS**
Attorney at Law

By: _____
**Michael Anthony Cisneros**
Attorneys for Debtors and Debtors-in-Possession
James N. Knowles and Sara Knowles

| In re: | CHAPTER 13 |
|---|---|
| James N. Knowles and Sara Kowles | CASE NUMBER: 2:10-bk-11762ER |
| Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA 91016

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON DEBTORS' DISCLOSURE STATEMENT DESCRIBING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 30, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 30, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 30, 2010    Michael Anthony Cisneros    _/s/ signature_
Date                Type Name                     Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                        F 9013-3.1

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

| In re:<br>James N. Knowles and Sara Knowles<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER: 2:10-bk-11762ER |
|---|---|

### ADDITIONAL SERVICE INFORMATION (if needed)

**Served Via Notice of Electronic Filing:**

| | |
|---|---|
| United States Trustee (LA): | ustpregion16.la.ecf@usdoj.gov |
| Dare Law – Counsel for U.S Trustee: | dare.law@usdoj.gov |
| David F. Makkabi – Special Notice: | cmartin@pprlaw.net |
| Christopher McDermott – Counsel for US Bank | ecfcacb@piteduncan.com |
| Lee S. Raphael – Counsel for Bank of BOA Home | cmartin@pprlaw.net |
| Ramesh Singh – Special Notice | claims@recoverycorp.com |

**Served Via U.S. Mail**

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA 93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA 50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC 29501

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692 FAX: (626) 359-3728