| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| Michael A. Cisneros, Attorney at Law     SBN 105483 <br> 50 West Lemon Avenue <br> Suite 12 <br> Monrovia, CA  91016 <br> Tel. No.  (626) 359-3692     Fax No.  (626) 359-3728 <br> Attorneys for Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: <br><br> JAMES N. KNOWLES and SARA KNOWLES <br><br><br><br><br> Debtors | Chapter 11 Case Number <br>     2:10-bk-11762 ER <br><br> **Professional Fee Statement** <br><br> Number:_____-4-_____ <br> Month of:        April, 2010 |
|---|---|

| | |
|---|---|
| 1. Name of Professional: | Michael A. Cisneros, Attorney at Law |
| 2. Date of entry of order approving employment of the professional: | March 29, 2010 |
| 3. Total amount of pre-petition payments received by the professional: | $10,000.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -0.00 |
| 5. Balance of funds remaining on date of filing of petition: | $10,000.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -14,055.05 |
| 7. Less: Total amount of services and expenses this reporting period: | -1,601.00 |
| 8. Balance of funds remaining for next reporting period: | $0.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.  FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: | 2 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: August 3, 2010

Type Name of Professional                                             Signature of Professional

Michael A. Cisneros, Attorney at Law

Type Name of Attorney for Professional (if applicable)      Signature of Attorney for Professional (if applicable)

Revised February 2002          PROFESSIONAL FEE STATEMENT (Page 1 of 2)          USTLA-6

# Invoice

*In Account with*

## Michael A. Cisneros, Attorney at Law

Attorney at Law
50 W. Lemon Ave. Suite 12
Monrovia, California 91016
Phone: (626) 359-3692

| | |
|---|---|
| *Invoice Number:* | **20080507** |
| *Invoice Date:* | **April 30, 2010** |
| *File Number:* | **Chap 11** |

To: **James Knowles**
372 Laun Street
Alta Dena CA 91001

*Matter:* Chapter 11 Case

*Attorney:* Michael A. Cisneros

*Reference:* Chapter 11 case

| OUR FEES - In connection with the above matter | | | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Apr 16, 2010 | MAC | Telephone call to Anne Hammen, counsel for GMAC, to discuss Cash Collateral Stipulation and expected date of completion. | .30 | 250.00 | 75.00 |
| Apr 16, 2010 | MAC | Telephone call to Internal Revenue Service to discuss status of Debtors' 2009 refund and reason for hold. Will investigate and advise of status. | .60 | 250.00 | 150.00 |
| Apr 16, 2010 | MAC | Preparation of Amended Schedules B and D and Mailing Matrix. | 1.10 | 250.00 | 275.00 |
| Apr 16, 2010 | MAC | Preparation of Second Supplement to US Trustee's 7 day disclosures. | 1.60 | 250.00 | 400.00 |
| Apr 19, 2010 | MAC | Prepare for final hearing on Debtors Motion for Authority to Use Cash Collateral. | .50 | 250.00 | 125.00 |
| Apr 20, 2010 | MAC | Attend Final Hearing on Motion for Authority to Use Cash Collateral in USBC, Los Angeles, continued to allow for settlement of issue. | 2.20 | 250.00 | 550.00 |
| | | Total Fees | | | 1,575.00 |

| DISBURSEMENTS - Incurred on your behalf | | Qty | Each | Costs |
|---|---|---|---|---|
| Apr 16, 2010 | USBC - Los Angele for Amended Schedule D. | | | 26.00 |
| | Total Disbursements | | | 26.00 |

GJE 85/

| | |
|---|---|
| **Invoice Total:** | **$1,601.00** |
| Balance Fwd Mar 31, 2010: | 14,055.05 |
| **Balance Due:** | **$15,656.05** |

*Continued on Page No. 2*

*In Account with*  
**Michael A. Cisneros, Attorney at Law**  
50 W. Lemon Ave. Suite 12  
Monrovia, California 91016

*Inv. Number:* 20080507  
*Invoice Date:* **April 30, 2010**  
*File Number:* **Chap 11**

*Continued from Page No. 1*

Please make Check(s) payable to:   "Michael A. Cisneros, Attorney at Law"

*Invoices are payable when rendered.*
*Interest on outstanding accounts at*
*1.5% per month, 18% per annum.*

*Page No. 2*

| In re: | | CHAPTER: 11 |
|---|---|---|
| James N. Knowles and Sara Knowles | Debtor(s). | CASE NUMBER: 2:10-bk-11762 ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA 91016

A true and correct copy of the foregoing document described as  Professional Fee Statement Four
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  8/3/10  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Request for Special Notice
Thomas R. Mulally, Spencer & Mulally, 14156 Magnolia Blvd., Suite 200, Sherman Oaks, CA  91423
John H. Choi, Kim Park Choi & Yi, 3435 Wilshire Blvd., Suite 1720, Los Angeles, CA  90010
Jason L. Hoffman, 3455 American River Dr., Suite C, Sacramento, CA  95864

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/10 | Michael A. Cisneros | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                   **F 9013-3.1**

| In re: | | |
|---|---|---|
| James N. Knowles and Sara Knowles | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 2:10-bk-11762 ER |

**ADDITIONAL SERVICE INFORMATION (if needed):**

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Dare Law – Counsel for U.S Trustee:  dare.law@usdoj.gov
David F. Makkabi – Special Notice:   cmartin@pprlaw.net
Christopher McDermott – Counsel for US Bank  ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home  cmartin@pprlaw.net
Ramesh Singh – Special Notice   claims@recoverycorp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1