| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| Michael A. Cisneros, Attorney at Law    SBN 105483<br>50 West Lemon Avenue<br>Suite 12<br>Monrovia, CA 91016<br>Tel. No. (626) 359-3692    Fax No. (626) 359-3728<br>Attorneys for Debtors-in-Possession | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br><br><br>Debtors | Chapter 11 Case Number<br>2:10-bk-11762 ER<br><br>**Professional Fee Statement**<br><br>Number:    -5-<br>Month of:    June, 2010 |

| | |
|---|---|
| 1. Name of Professional: | Michael A. Cisneros, Attorney at Law |
| 2. Date of entry of order approving employment of the professional: | March 29, 2010 |
| 3. Total amount of pre-petition payments received by the professional: | $10,000.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -0.00 |
| 5. Balance of funds remaining on date of filing of petition: | $10,000.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -15,656.05 |
| 7. Less: Total amount of services and expenses this reporting period: | -1,000.00 |
| 8. Balance of funds remaining for next reporting period: | $0.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | 1 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: August 3, 2010

Type Name of Professional                                            Signature of Professional

Michael A. Cisneros, Attorney at Law

Type Name of Attorney for Professional (if applicable)    Signature of Attorney for Professional (if applicable)

Revised February 2002            PROFESSIONAL FEE STATEMENT (Page 1 of 2)            USTLA-6

# Invoice

*In Account with*

## Michael A. Cisneros, Attorney at Law

Attorney at Law
50 W. Lemon Ave. Suite 12
Monrovia, California 91016
Phone: (626) 359-3692

| | |
|---|---|
| *Invoice Number:* | **20080552** |
| *Invoice Date:* | **June 30, 2010** |
| *File Number:* | **Chap 11** |

*To:* **James Knowles**
372 Laun Street
Alta Dena CA  91001

*Matter:* Chapter 11 Case

*Attorney:*  Michael A. Cisneros

*Reference:* **Chapter 11 case**

| | | | Hours | Rate | Fees |
|---|---|---|---|---|---|
| *OUR FEES - In connection with the above matter* | | | | | |
| Jun 9, 2010 | MAC | Review and analysis of US Trustee's Motion to Dimiss Chapter 11 case. | .60 | 250.00 | 150.00 |
| Jun 29, 2010 | MAC | Preparation for continued hearing on Debtors' Motion for Authority to Use Cash Collateral. | .60 | 250.00 | 150.00 |
| Jun 29, 2010 | MAC | Preparation of correspondence to Anne Hamanni, counsel for GMAC Mortgage, forwarding Short Sale Package on Corson Street property. | .40 | 250.00 | 100.00 |
| Jun 29, 2010 | MAC | Attend continued hearing on Debtors' Motion for Authority to Use Cash Collateral in USBC, Los Angeles, continued. | 2.40 | 250.00 | 600.00 |
| | Total Fees | | | | 1,000.00 |

*GJE 963*

| | |
|---|---|
| **Invoice Total:** | $1,000.00 |
| Balance Fwd Apr 30, 2010: | 15,656.05 |
| **Balance Due:** | $16,656.05 |

Please make Check(s) payable to:  "Michael A. Cisneros, Attorney at Law"

*Invoices are payable when rendered.*
*Interest on outstanding accounts at*
*1.5% per month, 18% per annum.*

*Page No. 1*

| In re: | | CHAPTER: 11 |
|---|---|---|
| James N. Knowles and Sara Knowles | | CASE NUMBER: 2:10-bk-11762 ER |
| | Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA 91016

A true and correct copy of the foregoing document described as Professional Fee Statement Five _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/3/10 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Request for Special Notice
Thomas R. Mulally, Spencer & Mulally, 14156 Magnolia Blvd., Suite 200, Sherman Oaks, CA 91423
John H. Choi, Kim Park Choi & Yi, 3435 Wilshire Blvd., Suite 1720, Los Angeles, CA 90010
Jason L. Hoffman, 3455 American River Dr., Suite C, Sacramento, CA 95864

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/10 | Michael A. Cisneros | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| James N. Knowles and Sara Knowles | Debtor(s). | CASE NUMBER: 2:10-bk-11762 ER |

**ADDITIONAL SERVICE INFORMATION (if needed):**

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Dare Law – Counsel for U.S Trustee:   dare.law@usdoj.gov
David F. Makkabi – Special Notice:   cmartin@pprlaw.net
Christopher McDermott – Counsel for US Bank   ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home   cmartin@pprlaw.net
Ramesh Singh – Special Notice    claims@recoverycorp.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1