Attorney or Professional Name, Address, Telephone and FAX

Michael A. Cisneros, Attorney at Law     SBN 105483

50 West Lemon Avenue

Suite 12

Monrovia, CA 91016

Tel. No. (626) 359-3692     Fax No. (626) 359-3728

Attorneys for Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br><br><br><br>                                         Debtors | Chapter 11 Case Number<br>          2:10-bk-11762 ER<br><br>**Professional Fee Statement**<br><br>Number:        -6-<br>Month of:       July, 2010 |

| | |
|---|---|
| 1. Name of Professional: | Michael A. Cisneros, Attorney at Law |
| 2. Date of entry of order approving employment of the professional: | March 29, 2010 |
| 3. Total amount of pre-petition payments received by the professional: | $10,000.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -0.00 |
| 5. Balance of funds remaining on date of filing of petition: | $10,000.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -16,656.05 |
| 7. Less: Total amount of services and expenses this reporting period: | -9,922.18 |
| 8. Balance of funds remaining for next reporting period: | $0.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | 3 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: August 3, 2010

Type Name of Professional                                Signature of Professional

Michael A. Cisneros, Attorney at Law

Type Name of Attorney for Professional (if applicable)      Signature of Attorney for Professional (if applicable)

*In Account with*

# Michael A. Cisneros, Attorney at Law

Attorney at Law
50 W. Lemon Ave. Suite 12
Monrovia, California 91016
Phone: (626) 359-3692

| | |
|---|---|
| *Invoice Number:* | **20080584** |
| *Invoice Date:* | **July 31, 2010** |
| *File Number:* | **Chap 11** |

*To:*  **James Knowles**
372 Laun Street
Alta Dena CA 91001

*Matter:* Chapter 11 Case

*Attorney:* Michael A. Cisneros

*Reference:* **Chapter 11 case**

| *OUR FEES - In connection with the above matter* | | | *Hours* | *Rate* | *Fees* |
|---|---|---|---|---|---|
| Jul 5, 2010 | MAC | Finalize Notice of Motion and Motion to Avoid Liens on Corson Real Property. | 1.10 | 250.00 | 275.00 |
| Jul 5, 2010 | MAC | Finalize Notice of Motion and Motion to Avoid Liens on Newport Real Property. | 1.10 | 250.00 | 275.00 |
| Jul 14, 2010 | MAC | Preparation of February Operating Report as required by US Trustee. | 1.10 | 250.00 | 275.00 |
| Jul 14, 2010 | MAC | Preparation of March Operating Report as required by US Trustee. | 1.10 | 250.00 | 275.00 |
| Jul 14, 2010 | MAC | Preparation of April Operating Report as required by US Trustee. | 1.10 | 250.00 | 275.00 |
| Jul 14, 2010 | MAC | Preparation of May Operating Report as required by US Trustee. | 1.10 | 250.00 | 275.00 |
| Jul 14, 2010 | MAC | Identify and package additional documents requested by US Trustee to come into compliance with requirements. | .90 | 250.00 | 225.00 |
| Jul 14, 2010 | MAC | Prepare for hearing on US Trustee's Motion to Dismiss or Convert Case. | .60 | 250.00 | 150.00 |
| Jul 15, 2010 | MAC | Attend hearing on US Trustee's Motion to Dismiss or Convert Chapter 11 Case to Chapter 7 in USBC, Los Angeles, hearing continued. | 2.20 | 250.00 | 550.00 |
| Jul 15, 2010 | MAC | Telephone call to James Knowles to review and discuss remaining requirements to be met to comply with US Trustee requirements. | .40 | 250.00 | 100.00 |
| Jul 19, 2010 | MAC | Preparation of June Operating Report. | 1.10 | 250.00 | 275.00 |
| Jul 19, 2010 | MAC | Preparation of fourth Amended 7-Day Package Cover Sheet to provide updated information to the Office of the United | .70 | 250.00 | 175.00 |

*Continued on Page No. 2*

In Account with
**Michael A. Cisneros, Attorney at Law**
50 W. Lemon Ave. Suite 12
Monrovia, California 91016

| | Number: | | | **20080584** |
| --- | --- | --- | --- | --- |
| | *Invoice Date:* | | | **July 31, 2010** |
| | *File Number:* | | | **Chap 11** |

*Continued from Page No. 1*

| Date | | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| | | States Trustee. | | | |
| Jul 20, 2010 | MAC | Telephone conference with James Knowles to review and coordinate execution of Declaration Confirming Closing of Pre-Petition Bank Accounts. | .40 | 250.00 | 100.00 |
| Jul 21, 2010 | MAC | Multiple telephone conference with Chris McDermott, counsel for GMAC, to discuss possible acceptance of motions and continuing hearing on Motions to allow for final acceptance. | .80 | 250.00 | 200.00 |
| Jul 21, 2010 | MAC | Telephone conference with William Hong, counsel for Bank of America, to discuss possible acceptance of motions and continuing hearing on Motions to allow for final acceptance. | .40 | 250.00 | 100.00 |
| Jul 21, 2010 | MAC | Multiple telephone conferences with Dare Law at US Trustee's office, to settle Trustee's Motion to Dismiss and obtain consent to continue real property motions. | .60 | 250.00 | 150.00 |
| Jul 21, 2010 | MAC | Telephone conference with Jeff Curtis, Broker, to discuss request of secured creditors to continue motion. | .30 | 250.00 | 75.00 |
| Jul 21, 2010 | MAC | Telephone conference with client to discuss proposed settlement and continuing hearing on property motions to obtain final consent. | .60 | 250.00 | 150.00 |
| Jul 22, 2010 | MAC | Attend hearing on various Motions filed in Chapter 11 case in USBC, Los Angeles hearing continued. | 2.80 | 250.00 | 700.00 |
| Jul 23, 2010 | MAC | Telephone call to Sam at Prober and Raphael, counsel for Bank of America to discuss settlement of lien avoidance motions. | .60 | 250.00 | 150.00 |
| Jul 23, 2010 | MAC | Preparation of Notice of Continued Hearing on Sale, Avoidance and Cash Collateral Motions. | .90 | 250.00 | 225.00 |
| Jul 28, 2010 | MAC | Commence preparation of Chapter 11 Plan of Reorganization. | 2.90 | 250.00 | 725.00 |
| Jul 28, 2010 | MAC | Commence preparation of Chapter 11 Disclosure Statement. | 3.80 | 250.00 | 950.00 |
| Jul 30, 2010 | MAC | Continued preparation of Chapter 11 Plan of Reorganization. | 2.80 | 250.00 | 700.00 |

*Continued on Page No. 3*

*In Accordance with*
**Michael A. Cisneros, Attorney at Law**
50 W. Lemon Ave. Suite 12
Monrovia, California 91016

*Invoice Number:* **20080584**
*Invoice Date:* **July 31, 2010**
*File Number:* **Chap 11**

*Continued from Page No. 2*

| | | | | | |
|---|---|---|---|---|---|
| Jul 30, 2010 | MAC | Continued oreparation of Chapter 11 Disclosure Statement. | 4.10 | 250.00 | 1,025.00 |
| Jul 30, 2010 | MAC | Finalize Debtors' Plan of Reorganization. | 1.70 | 250.00 | 425.00 |
| Jul 30, 2010 | MAC | Finalize Disclosure Statement. | 3.10 | 250.00 | 775.00 |
| Jul 30, 2010 | MAC | Preparation of Notice of Hearing on Disclosure Statement. | .80 | 250.00 | 200.00 |
| | | *Total Fees* | | | 9,775.00 |

| *DISBURSEMENTS - Incurred on your behalf* | *Qty* | *Each* | *Costs* |
|---|---|---|---|
| Jul 5, 2010  Photocopy expense to copy exhibits for Motion to Avoid Liens on Corson Property (72 copies). | | | 7.90 |
| Jul 5, 2010  Photocopy expense to copy exhibits for Motion to Avoid Liens on Newport Property (72 copies). | | | 7.90 |
| Jul 5, 2010  Photocopy expense to copy exhibits for Motion to sell Corson Property (72 copies). | | | 7.90 |
| Jul 6, 2010  Photocopy expense to copy Motion to Avoid Liens on Newport Avenue Property. | | | 41.16 |
| Jul 6, 2010  Photocopy expense to copy Motion to Avoid Liens on Corson Street Property. | | | 41.16 |
| Jul 6, 2010  Photocopy expense to copy Motion to Sell Corson Street Property. | | | 41.16 |
| *Total Disbursements* | | | *147.18* |

| | | |
|---|---|---|
| *GJE 1001* | **Invoice Total:** | $9,922.18 |
| | Balance Fwd Jun 30, 2010: | 16,656.05 |
| | **Balance Due:** | $26,578.23 |

Please make Check(s) payable to:   "Michael A. Cisneros, Attorney at Law"

*Invoices are payable when rendered.*
*Interest on outstanding accounts at*
*1.5% per month, 18% per annum.*

| In re: | CHAPTER: 11 |
|---|---|
| James N. Knowles and Sara Knowles | |
| Debtor(s). | CASE NUMBER: 2:10-bk-11762 ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 50 West Lemon Avenue, Suite 12, Monrovia, CA 91016

A true and correct copy of the foregoing document described as  Professional Fee Statement Six _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  8/3/10 _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Request for Special Notice
 Thomas R. Mulally, Spencer & Mulally, 14156 Magnolia Blvd., Suite 200, Sherman Oaks, CA  91423
 John H. Choi, Kim Park Choi & Yi, 3435 Wilshire Blvd., Suite 1720, Los Angeles, CA  90010
 Jason L. Hoffman, 3455 American River Dr., Suite C, Sacramento, CA  95864

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/10 | Michael A. Cisneros | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:                                | CHAPTER: 11                        |
|---------------------------------------|------------------------------------|
| James N. Knowles and Sara Knowles     |                                    |
|                          Debtor(s).   | CASE NUMBER: 2:10-bk-11762 ER      |

**ADDITIONAL SERVICE INFORMATION (if needed):**

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Dare Law – Counsel for U.S Trustee:   dare.law@usdoj.gov
David F. Makkabi – Special Notice:   cmartin@pprlaw.net
Christopher McDermott – Counsel for US Bank  ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home  cmartin@pprlaw.net
Ramesh Singh – Special Notice   claims@recoverycorp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                     **F 9013-3.1**