**MICHAEL A. CISNEROS**
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Michael A. Cisneros, SBN 105483
mcisneros@mac.com

Attorneys for Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br>  Debtors-in-Possession | Chapter 11<br><br>CASE NO. 2:10-bk-11762ER<br><br>NOTICE OF CONTINUED HEARING ON:<br><br>1.  MOTION FOR AUTHORITY FOR INTERIM USE OF CASH COLLATERAL;<br><br>2.  MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CA; AND<br><br>3.  MOTION FOR ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 2020 NEWPORT AVENUE, PASADENA, CA<br><br>Date:     August 26, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom 1568 |

///

///

///

1  TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

2  PLEASE TAKE NOTICE that the hearing set for August 5, 2010, at 10:00 a,m, before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012 on the Motions of the Debtors, James N. Knowles and Sara Knowles for (1) Motion for Authority for Interim Use of Cash Collateral; (2) Motion for Order Authorizing Sale of Real Property Located at 1224 Corson Street, Pasadena, CA; and (3) Motion for Order Valuing Collateral and Determining Secured Status of GMAC Mortgage, LLC and BAC Home Loans Servicing, LP, on Real Property Located at 2020 Newport Avenue, Pasadena, CA, has been continued to August 26, 2010 at 10:00 a.m.

Date: August 5, 2010

MICHAEL A. CISNEROS
Attorney at Law

By: _____
Michael Anthony Cisneros
Attorneys for Debtors and Debtors-in-Possession
James N. Knowles and Sara Knowles

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

2

Notice of Continued Hearing on Debtors' Motions

| In re:<br>James N. Knowles and Sara Kowles<br><div align="right">Debtor(s).</div> | CHAPTER 13<br>CASE NUMBER: 2:10-bk-11762ER |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA 91016

A true and correct copy of the foregoing document described **NOTICE OF CONTINUED HEARING ON MOTION FOR AUTHORITY FOR INTERIM USE OF CASH COLLATERAL; MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CA; AND MOTION FOR ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 2020 NEWPORT AVENUE, PASADENA, CA**. will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 5, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **August 5, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 5, 2010    Michael Anthony Cisneros                  _/s/ signature_
Date              Type Name                                 Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                F 9013-3.1

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

| In re: | | CHAPTER 13 |
|---|---|---|
| James N. Knowles and Sara Knowles | Debtor(s). | CASE NUMBER: 2:10-bk-11762ER |

## ADDITIONAL SERVICE INFORMATION (if needed)

### Served Via Notice of Electronic Filing:

| | |
|---|---|
| United States Trustee (LA): | ustpregion16.la.ecf@usdoj.gov |
| Dare Law – Counsel for U.S Trustee: | dare.law@usdoj.gov |
| David F. Makkabi – Special Notice: | cmartin@pprlaw.net |
| Christopher McDermott – Counsel for US Bank | ecfcacb@piteduncan.com |
| Lee S. Raphael – Counsel for Bank of BOA Home | cmartin@pprlaw.net |
| Ramesh Singh – Special Notice | claims@recoverycorp.com |

### Served Via U.S. Mail

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA 93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA 50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC 29501

MICHAEL A. CISNEROS, Attorney at Law
50 West Lemon Avenue, Suite 12
Monrovia, California 91016
(626) 359-3692  FAX: (626) 359-3728