1  **MICHAEL A. CISNEROS**
   ATTORNEY AT LAW
   50 WEST LEMON AVENUE
2  SUITE 12
   **MONROVIA, CALIFORNIA 91016**
3  (626) 359-3692  FAX: (626) 359-3728
   **Michael A. Cisneros, SBN 105483**
4  mcisneros@mac.com

5  Attorneys for Debtors-in-Possession

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  In re:                          **Chapter 11**

12  JAMES N. KNOWLES and SARA        **CASE NO. 2:10-bk-11762ER**
    KNOWLES
13                                   **ORDER VALUING COLLATERAL AND**
                                     **DETERMINING SECURED STATUS OF**
14                                   **GMAC MORTGAGE, LLC AND BAC**
                                     **HOME LOANS SERVICING, LP, ON**
15            Debtors-in-Possession  **REAL PROPERTY LOCATED AT 1224**
                                     **CORSON    STREET,    PASADENA,**
16                                   **CALIFORNIA**

17                                   **Date:        August 5, 2010**
                                     **Time:        10:00 a.m.**
18                                   **Place:       Courtroom "1568"**

19

20          Hearing was held on August 5, 2010 at 10:00 a.m. before the Honorable Ernest Robles,

21  United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled court, located at 255

22  East Temple Street, Fifteenth (15) Floor, Los Angeles, California 90012, on the Motion of the

23  Debtors and Debtors-in-Possession, James N. Knowles and Sara Knowles, for an Order Valuing

24  Collateral and Determining Secured Status of GMAC Mortgage, LLC ("GMAC") and BAC Home

25  Loans Servicing, LP ("BAC"), on Real Property located at 1224 Corson Street, Pasadena, California

26  ("Real Property").   Michael Anthony Cisneros appeared on behalf of Debtors and Debtors-in-

27  Possession, other appearance are as reflected in the record.

28  ///

1

The Court having read and considered the Motion and Declaration filed in support thereof, and no Opposition to the relief requested by the Motion having been filed and the Court determining that the value of the value of the Real Property is $680,000.00, that the obligation owed to GMAC is in the approximate amount of $866,721.22 and the obligation owed to BAC is in the approximate amount of $101,631.74, therefore the is no value in the Real property to secure the obligation owed to BAC and the obligation owed to GMAC exceeds the value of the Real Property by approximately $186,721.22, and good cause appearing therefore:

IT IS HEREBY ORDERED that the value of the real property located at 1224 Corson Street, Pasadena, California and legally described as set forth in Exhibit "1", attached hereto and incorporated herein by this reference, has a value of $680,000.00.

IT IS FURTHER ORDERED that GMAC Mortgage, LLC is deemed secured up to the amount of $680,000.00, and its lien evidenced by its Deed of Trust shall remain up to said amount, and unsecured in all amounts in excess of $680,000.00, or in the approximate amount of $186,721.22.

IT IS FURTHER ORDERED that BAC Home Loans Servicing, LP is deemed unsecured in all amounts owed to it and that its lien on the Real Property shall be, and hereby is, avoided.

###

DATED: August 23, 2010

_____
United States Bankruptcy Judge

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

2

1

## EXHIBIT '1'

2

Legal Description

3
4
5
6
7
8

THAT PORTION OF LOT 46, IN BLOCK "B" OF RIGGINS BROTHERS SUBDIVISION OF A PART OF THE GROGAN TRACT, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 36, PAGE 22 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, CONVEYED TO THE STATE OF CALIFORNIA BY DEED 48045 RECORDED IN BOOK D4368, PAGE 597 OF OFFICIAL RECORDS, IN SAID OFFICE AND THOSE PORTIONS OF LOTS 46, 47 AND 48 IN SAID BLOCK "B" CONVEYED TO SAID STATE BY DEED 48046 RECORDED IN BOOK D4383, PAGE 776 OF OFFICIAL RECORDS, IN SAID OFFICE, ALL OF THE ABOVE PORTIONS, AS A WHOLE BOUNDED NORTHLY BY THE FOLLOWING DECSCRIBED LINE:

9
10
11
12
13
14
15
16
17
18

COMMENCING AT THE INTERSECTION OF THE CENTER LINE OF MAPLE STREET 50.00 FEET WIDE AS SHOWN ON SAID MAP WITH THE CENTER LINE OF MICHIGAN AVENUE 50.00 FEET WIDE SHOWN AS ELLIS AVENUE ON SAID MAP; THENCE ALONG LAST SAID CENTER LINE SOUTH 0°42'30" EAST 352.89 FEET; THENCE AT RIGHT ANGLES NORTH 89°17'3" EAST 25.00 FEET TO A POINT IN THE WEST LINE OF SAID LOT 46 AND THE TRUE POINT OF BEGINNING; THENCE NORTHEASTERLY ALONG A CURVE TANGENT TO SAID WEST LINE AT SAID POINT CONCAVE SOUHTEASTERLY AND HAVING A RADIUS OF A5.00 FEET; THROUGH AN ANGLE OF 89°47'30", AN ARC DISTANCE OF 23.51 FEET; THENCE NORTH 89°05'00" EAST 221.05 FEET TO A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 3027.00 FEET; THENCE EAASATERLY ALONG SAID CURVE THROUGH AN ANGLE OF 0°55'16" AN ARC DISTANCE OF 48.66 FEET; THENCE SOUTHEASTERLY ALONG A REVERSE CURVE CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 15.00 FEET FROM A TANGENT WHICH BEARS NORTH 83°09'44" EAST THROUGH AN ANGLE OF 91°00'12" AN ARC DISTANCE OF 23.86 FEET TO THE POINT OF TANGENCY THEREOF WITH THE EAST LINE OF LOT 33 IN SAID BLOCK "B", SAID LAST MENTIONED POINT BEING DISTANT ALONG SAID EAST LINE SOUTH 00°42'04" EAST 24.85 FEET FROM THE NORTHEAST CORNER OF SAID LOT 33.

19
20
21
22
23
24
25
26
27
28

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Order Determining Value of 1224 Corson Street, Pasadena, California and Secured Status of Creditors

| In re: James N. Knowles and Sara Kowles | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-11762ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA  91016

A true and correct copy of the foregoing document described **ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 5, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 5, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2010   Michael Anthony Cisneros | /s/Michael Anthony Cisneros |
|---|---|
| Date                              Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                          **F 9013-3.1**

Order Determining Value of 1224 Corson Street, Pasadena, California and Secured Status of Creditors

*MICHAEL A. CISNEROS, Attorney at Law*
*50 West Lemon Avenue, Suite 12*
*Monrovia, California 91016*
*(626) 359-3692  FAX: (626) 359-3728*

| In re: | CHAPTER  11 |
| James N. Knowles and Sara Knowles | |
| Debtor(s). | CASE NUMBER:02:10-bk- |

## ADDITIONAL SERVICE INFORMATION (if needed)

### Served Via Notice of Electronic Filing:

| | |
|---|---|
| United States Trustee (LA): | ustpregion16.la.ecf@usdoj.gov |
| Dare Law – Counsel for U.S Trustee: | dare.law@usdoj.gov |
| David F. Makkabi – Special Notice: | cmartin@pprlaw.net |
| Christopher McDermott – Counsel for US Bank | ecfcacb@piteduncan.com |
| Lee S. Raphael – Counsel for Bank of BOA Home | cmartin@pprlaw.net |
| Ramesh Singh – Special Notice | claims@recoverycorp.com |

### Served Via U.S. Mail

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA  50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC  29501

MICHAEL A. CISNEROS, Attorney at Law
501 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Order Determining Value of 1224 Corson Street, Pasadena, California and Secured Status of Creditors

| | |
|---|---|
| In re:<br>    James N. Knowles and Sara Knowles<br><br><br>Debtor(s). | CHAPTER:13<br>CASE NUMBER: 2:10-bk-11762ER |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CALIFORNIA**  was entered on the date indicated as Entered on the first  this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>August 5, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael A. Cisneros, Counsel for Debtors                  mcisneros@mac.com
United States Trustee (LA):                                         ustpregion16.la.ecf@usdoj.gov
Dare Law – Counsel for U.S Trustee:                         dare.law@usdoj.gov
Christopher McDermott – Counsel for US Bank         ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home      cmartin@pprlaw.net

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC

☐   Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                        **F 9021-1.1**

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Order Determining Value of 1224 Corson Street, Pasadena, California and Secured Status of Creditors