**MICHAEL A. CISNEROS**
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
**MONROVIA, CALIFORNIA 91016**
(626) 359-3692  FAX: (626) 359-3728

Michael A. Cisneros, SBN 105483
mcisneros@mac.com

Attorneys for Debtors-in-Possession

FILED & ENTERED

SEP 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

JAMES N. KNOWLES and SARA KNOWLES

Debtors-in-Possession

**Chapter 11**

**CASE NO. 2:10-bk-11762ER**

**ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 2020 NEWPORT AVENUE, PASADENA, CALIFORNIA**

Date:   **August 26, 2010**
Time:   **10:00 a.m.**
Place:  **Courtroom "1568"**

Hearing was held on August 26, 2010 at 10:00 a.m. before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled court, located at 255 East Temple Street, Fifteenth (15) Floor, Los Angeles, California 90012, on the Motion of the Debtors and Debtors-in-Possession, James N. Knowles and Sara Knowles, for an Order Valuing Collateral and Determining Secured Status of GMAC Mortgage, LLC ("GMAC") and BAC Home Loans Servicing, LP ("BAC"), on Real Property located at 2020 Newport Avenue, Pasadena, California ("Real Property").  Michael Anthony Cisneros appeared on behalf of Debtors and Debtors-in-Possession, other appearance are as reflected in the record.

///

The Court having read and considered the Motion and Declaration filed in support thereof, and no Opposition to the relief requested by the Motion having been filed, and the Debtors' and GMAC having agreed to a value of $358,000.00 and the Court determining that the value of the value of the Real Property is $358,000.00, that the obligation owed to GMAC is in the approximate amount of $419,598.53 and the obligation owed to BAC is in the approximate amount of $48,325.96, therefore there is no value in the Real Property to secure the obligation owed to BAC and the obligation owed to GMAC exceeds the value of the Real Property by approximately $61,598.53, and good cause appearing therefore:

IT IS HEREBY ORDERED that the value of the real property located at 2020 Newport Avenue, Pasadena, California and legally described as set forth in Exhibit "1", attached hereto and incorporated herein by this reference, has a value of $358,000.00.

IT IS FURTHER ORDERED that GMAC Mortgage, LLC is deemed secured up to the amount of $358,000.00, and its lien evidenced by its Deed of Trust shall remain up to said amount, and unsecured in all amounts in excess of $358,000.00, or in the approximate amount of $61,598.53.

IT IS FURTHER ORDERED that BAC Home Loans Servicing, LP is deemed unsecured in all amounts owed to it and that its lien on the Real Property shall be, and hereby is, avoided.

###

DATED: September 16, 2010

_____
United States Bankruptcy Judge

# **EXHIBIT '1'**

Legal Description

THE NORTH 65 FEET OF THE SOUTH 265 FEET OF THE WEST 100 FEET OF THAT PORTION OF LOT 7, OF LINCOLN AVENUE SYNDICATE TRACT, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 37 PAGE 57 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING EAST OF THE EAST LINE OF NEWPORT AVENUE AS DESCRIBED IN DEED RECORDED IN BOOK 5670, PAGE 105, OFFICIAL RECORDS, AND NORTH OF THE NORTH LINE OF TRACT NO. 6908, AS RECORDED IN BOOK 102 PAGE 69 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

3

Order Determining Value of 2020 Newport Avenue, Pasadena, California and Secured Status of Creditors

| In re:<br>James N. Knowles and Sara Kowles<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER: 2:10-bk-11762ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA  91016

A true and correct copy of the foregoing document described **ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 2020 NEWPORT AVENUE, PASADENA, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 26, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 26, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2010 | Michael Anthony Cisneros | /s/Michael Anthony Cisneros |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                              **F 9013-3.1**

| In re: James N. Knowles and Sara Knowles | Debtor(s). | CHAPTER 11<br>CASE NUMBER:02:10-bk- |
|---|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed)

**Served Via Notice of Electronic Filing:**

| | |
|---|---|
| United States Trustee (LA): | ustpregion16.la.ecf@usdoj.gov |
| Dare Law – Counsel for U.S Trustee: | dare.law@usdoj.gov |
| David F. Makkabi – Special Notice: | cmartin@pprlaw.net |
| Christopher McDermott – Counsel for US Bank | ecfcacb@piteduncan.com |
| Lee S. Raphael – Counsel for Bank of BOA Home | cmartin@pprlaw.net |
| Ramesh Singh – Special Notice | claims@recoverycorp.com |

**Served Via U.S. Mail**

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA 93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA 50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC 29501

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

| In re:<br>    James N. Knowles and Sara Knowles<br><br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: 2:10-bk-11762ER |
|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER VALUING COLLATERAL AND DETERMINING SECURED STATUS OF GMAC MORTGAGE, LLC AND BAC HOME LOANS SERVICING, LP, ON REAL PROPERTY LOCATED AT 2020 NEWPORT AVENUE, PASADENA, CALIFORNIA** was entered on the date indicated as Entered on the first this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 26, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Michael A. Cisneros, Counsel for Debtors | mcisneros@mac.com |
| United States Trustee (LA): | ustpregion16.la.ecf@usdoj.gov |
| Dare Law – Counsel for U.S Trustee: | dare.law@usdoj.gov |
| Christopher McDermott – Counsel for US Bank | ecfcacb@piteduncan.com |
| Lee S. Raphael – Counsel for Bank of BOA Home | cmartin@pprlaw.net |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                 **F 9021-1.1**

*Left margin:* **MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Order Determining Value of 2020 Newport Avenue, Pasadena, California and Secured Status of Creditors

| In re: James N. Knowles and Sara Knowles | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER:02:10-bk- |

**ADDITIONAL SERVICE INFORMATION** (if needed)

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA  50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC  29501

**MICHAEL A. CISNEROS, Attorney at Law**
50 West Lemon Avenue, Suite 12
Monrovia, California 91016
(626) 359-3692  FAX: (626) 359-3728

Order Determining Value of 2020 Newport Avenue, Pasadena, California and Secured Status of Creditors