**MICHAEL A. CISNEROS**
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
**MONROVIA, CALIFORNIA 91016**
(626) 359-3692 FAX: (626) 359-3728
**Michael A. Cisneros, SBN 105483**
mcisneros@mac.com

Attorneys for Debtors-in-Possession

FILED & ENTERED

SEP 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br><br>Debtors-in-Possession | **Chapter 11**<br><br>**CASE NO. 2:10-bk-11762ER**<br><br>**ORDER APPROVING SALE OF REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CALIFORNIA**<br><br>**Date:**　　　　**August 26, 2010**<br>**Time:**　　　　**10:00 a.m.**<br>**Place:**　　　　**Courtroom "1568"** |

Hearing was held on August 26, 2010 at 10:00 a.m. before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568" of the above-entitled court, located at 255 East Temple Street, Fifteenth (15) Floor, Los Angeles, California 90012, on the Motion of the Debtors and Debtors-in-Possession, James N. Knowles and Sara Knowles, for Authority to Sell the Real property located at 1224 Corson Street, Pasadena, California ("Real Property").　Michael Anthony Cisneros appeared on behalf of Debtors and Debtors-in-Possession, other appearance are as reflected in the record.

The Court having read and considered the Motion and Declaration filed in support thereof, and no Opposition to the relief requested by the Motion having been filed and the Court having previously granted the Debtors and Debtors-in-Possession Motion for Order Valuing collateral and Determining Secured Status of GMAC Mortgage, LLC ("GMAC") and BAC Home Loans Servicing,

1

1   LP ("BAC") and having completely avoided the lien of BAC and partially avoiding the lien of

2   GMAC for any and all amounts above the value of the Real Property and GMAC consenting to the

3   sale of the Real Property and good cause appearing therefore:

4       IT IS HEREBY ORDERED that the Debtors and Debtors-in-Possession, James N. Knowles

5   and Sara Knowles, are authorized to Sell the real property located at 1224 Corson Street, Pasadena,

6   California, and legally described as set forth in Exhibit "1", attached hereto and incorporated herein

7   by this reference, to Joe C. Teo and Thuy T. Tran, on the terms and conditions set forth in the

8   Residential Income Property Purchase Agreement and Joint Escrow Instructions (Exhibits "6" and

9   "7" to the Debtors' Motion).

10       IT IS FURTHER ORDERED that the sale of the Real Property to Joe C. Teo and Thuy T.

11   Tran is made in good faith.

12       IT IS FURTHER ORDERED that a real estate commission in the amount equal to 5.00% of

13   the sales price of the Real Property, or $34,000.00, is authorized to be paid to Keller Williams Realty

14   and Coldwell Banker Dynasty, the real estate brokers involved in the transaction, on the terms and in

15   the amounts set forth in the Residential Income Property Purchase Agreement and Joint Escrow

16   Instructions.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///DATED: September 16, 2010

                         United States Bankruptcy Judge

27   ///

28   ///

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Order Authorizing Sale of Real Property located at 1224 Corson Street, Pasadena, California

IT IS FURTHER ORDERED that the Escrow and Escrow Officer is authorized to distribute the proceeds from the sale of the Real Property as follows:

| | |
|---|---|
| Sales Price: | $680,000.00 |
| Less: | |
| Estimated Property Taxes: | 00.00 |
| Brokers' Commission: | $34,000.00 |
| Estimated Costs of Sale: | $5,000.00 |
| Subtotal: | $641,000.00 |
| Payable to GMAC Mortgage: | $641,000.00 |
| | ### |

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

3

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

## EXHIBIT '1'

Legal Description

THAT PORTION OF LOT 46, IN BLOCK "B" OF RIGGINS BROTHERS SUBDIVISION OF A PART OF THE GROGAN TRACT, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 36, PAGE 22 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, CONVEYED TO THE STATE OF CALIFORNIA BY DEED 48045 RECORDED IN BOOK D4368, PAGE 597 OF OFFICIAL RECORDS, IN SAID OFFICE AND THOSE PORTIONS OF LOTS 46, 47 AND 48 IN SAID BLOCK "B" CONVEYED TO SAID STATE BY DEED 48046 RECORDED IN BOOK D4383, PAGE 776 OF OFFICIAL RECORDS, IN SAID OFFICE, ALL OF THE ABOVE PORTIONS, AS A WHOLE BOUNDED NORTHLY BY THE FOLLOWING DECSCRIBED LINE:

COMMENCING AT THE INTERSECTION OF THE CENTER LINE OF MAPLE STREET 50.00 FEET WIDE AS SHOWN ON SAID MAP WITH THE CENTER LINE OF MICHIGAN AVENUE 50.00 FEET WIDE SHOWN AS ELLIS AVENUE ON SAID MAP; THENCE ALONG LAST SAID CENTER LINE SOUTH 0°42'30" EAST 352.89 FEET; THENCE AT RIGHT ANGLES NORTH 89°17'3" EAST 25.00 FEET TO A POINT IN THE WEST LINE OF SAID LOT 46 AND THE TRUE POINT OF BEGINNING; THENCE NORTHEASTERLY ALONG A CURVE TANGENT TO SAID WEST LINE AT SAID POINT CONCAVE SOUHTEASTERLY AND HAVING A RADIUS OF A5.00 FEET; THROUGH AN ANGLE OF 89°47'30", AN ARC DISTANCE OF 23.51 FEET; THENCE NORTH 89°05'00" EAST 221.05 FEET TO A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 3027.00 FEET; THENCE EAASTERLY ALONG SAID CURVE THROUGH AN ANGLE OF 0°55'16" AN ARC DISTANCE OF 48.66 FEET; THENCE SOUTHEASTERLY ALONG A REVERSE CURVE CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 15.00 FEET FROM A TANGENT WHICH BEARS NORTH 83°09'44" EAST THROUGH AN ANGLE OF 91°00'12" AN ARC DISTANCE OF 23.86 FEET TO THE POINT OF TANGENCY THEREOF WITH THE EAST LINE OF LOT 33 IN SAID BLOCK "B", SAID LAST MENTIONED POINT BEING DISTANT ALONG SAID EAST LINE SOUTH 00°42'04" EAST 24.85 FEET FROM THE NORTHEAST CORNER OF SAID LOT 33.

Order Authorizing Sale of Real Property located at 1224 Corson Street, Pasadena, California

| In re: | CHAPTER 13 |
| James N. Knowles and Sara Kowles | CASE NUMBER: 2:10-bk-11762ER |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA  91016

A true and correct copy of the foregoing document described **ORDER APPROVING SALE OF REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 26, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **August 26, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2010  Michael Anthony Cisneros | /s/Michael Anthony Cisneros |
| Date                    Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

5

Order Authorizing Sale of Real Property located at 1224 Corson Street, Pasadena, California

*MICHAEL A. CISNEROS, Attorney at Law*
*50 WEST LEMON AVENUE, SUITE 12*
*MONROVIA, CALIFORNIA 91016*
*(626) 359-3692  FAX: (626) 359-3728*

| In re: | CHAPTER 11 |
| James N. Knowles and Sara Knowles | |
| Debtor(s). | CASE NUMBER:02:10-bk- |

## ADDITIONAL SERVICE INFORMATION (if needed)

### Served Via Notice of Electronic Filing:

United States Trustee (LA):                          ustpregion16.la.ecf@usdoj.gov
Dare Law – Counsel for U.S Trustee:                  dare.law@usdoj.gov
David F. Makkabi – Special Notice:                   cmartin@pprlaw.net
Christopher McDermott – Counsel for US Bank          ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home        cmartin@pprlaw.net
Ramesh Singh – Special Notice                        claims@recoverycorp.com

### Served Via U.S. Mail

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA 93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA 50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC 29501

MICHAEL A. CISNEROS, Attorney at Law
501 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692 FAX: (626) 359-3728

Order Authorizing Sale of Real Property located at 1224 Corson Street, Pasadena, California

| In re:<br>     James N. Knowles and Sara Knowles<br><br>     Debtor(s). | CHAPTER:13<br>CASE NUMBER: 2:10-bk-11762ER |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING SALE OF REAL PROPERTY LOCATED AT 1224 CORSON STREET, PASADENA, CALIFORNIA** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 26, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Michael A. Cisneros, Counsel for Debtors | mcisneros@mac.com |
| United States Trustee (LA): | ustpregion16.la.ecf@usdoj.gov |
| Dare Law – Counsel for U.S Trustee: | dare.law@usdoj.gov |
| Christopher McDermott – Counsel for US Bank | ecfcacb@piteduncan.com |
| Lee S. Raphael – Counsel for Bank of BOA Home | cmartin@pprlaw.net |

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

Order Authorizing Sale of Real Property located at 1224 Corson Street, Pasadena, California

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

| In re:<br>    James N. Knowles and Sara Knowles<br><br>                                        Debtor(s). | CHAPTER  11<br><br>CASE NUMBER:02:10-bk- |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION** (if needed)

**Served Via U.S. Mail**

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA  50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC  29501

MICHAEL A. CISNEROS, Attorney at Law
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

8

Order Authorizing Sale of Real Property located at 1224 Corson Street, Pasadena, California