**MICHAEL A. CISNEROS**
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

Michael A. Cisneros, SBN 105483
mcisneros@mac.com

Attorneys for Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br>Debtors-in-Possession | Chapter 11<br><br>CASE NO. 2:10-bk-11762ER<br><br>NOTICE OF HEARING ON CONFIRMATION OF DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION DATED DECEMBER 20, 2010.<br><br>Date:     February 17, 2011<br>Time:    11:00 a.m.<br>Place:   Courtroom 1568 |

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that a hearing on confirmation of the First Amended Plan of Reorganization Dated December 20, 2010 (the "Plan") filed by James N. Knowles and Sara Knowles (the "Debtors") will be held on February 17, 2011 at 11:00 a.m., before the Honorable Ernest Robles, United States Bankruptcy Judge, in Courtroom "1568, of the above-entitled Court, located at 255 East Temple Street, 15th Floor, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that creditors wishing to vote on the Plan must submit their Ballot, attached hereto, to Debtors' Counsel, Michael A. Cisneros, Attorney at Law, at 50 West Lemon Avenue, Suite 12, Monrovia, Ca 91016, on or before January 21, 2011.

///

1  **PLEASE TAKE FURTHER NOTICE** that any Objection or Opposition to Confirmation of
2  the Debtors' First Amended Plan of Reorganization must be filed and served on or before February 9,
3  2011.

4  Date: December 20, 2010

MICHAEL A. CISNEROS
Attorney at Law

By: _____
Michael Anthony Cisneros
Attorneys for Debtors and Debtors-in-Possession
James N. Knowles and Sara Knowles

MICHAEL A. CISNEROS, Attorney at Law
50 West Lemon Avenue, Suite 12
Monrovia, California 91016
(626) 359-3692   FAX: (626) 359-3728

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Michael A. Cisneros, Attorney at Law 105483<br>50 W. Lemon Ave., Suite 12<br>Monrovia, CA 91016<br>Tel. No. (626) 359-3692<br>☑ Attorney for Plan Proponent James N. & Sara Knowles<br>*[Insert name and capacity (e.g., Debtor in Possession, Creditors' Committee, Debtor XYZ, etc.)]* | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NO.: 2:10-bk-11762ER |
| In re:<br>James N. Knowles and Sara Knowles<br><br>Debtor. | DATE: February 17, 2011<br>TIME: 11:00 a.m.<br>CTRM: "1568" |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan *[specify name]* James & Sara Knowles has filed a Plan of Reorganization ("Plan") on *[date]* 12/20/2010 for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

   Your *[check one box only]* ☑ **claim** ☐ **equity interest** has been placed in Class *[insert Class]* ___ under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party *[insert other party's name and address]* Michael A. Cisneros, see above address _____ on or before 01/21/2011 , and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest *[select only one]*:

   ☐ 6.1 The undersigned is the holder of a Class *[insert Class]* ___ *[check one]* ☐ **secured** ☐ **priority** ☐ **unsecured nonpriority** claim against the Debtor in the unpaid amount of $_____.

   ☐ 6.2 The undersigned is the holder of a Class *[insert Class]* ___ *[check one]* ☐ **bond** ☐ **debenture** ☐ **debt security** claim against the Debtor, consisting of $_____, principal amount of *[describe bond, debenture, or other debt security]* _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

   ☐ 6.3 The undersigned is the holder of a Class *[insert Class]* ___ equity interest in the Debtor, consisting of *[number of shares]* ___ or other interests *[describe equity interest]* _____ in the Debtor.

   **Other Classes:**    ☐ See Attached Continuation Page

Form B14 (Continued) - (Rev. 7/98)     Ballot for Accepting or Rejecting Plan - Page Two of Three     1998 USBC, Central District of California

| In re: | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| | Debtor. | CASE NO.: |

7. **The undersigned** [check one box only]:

☐    **ACCEPTS THE PLAN**        ☐    **REJECTS THE PLAN**

Dated:_____

Name [Print or type]: _____

Signature: _____

Title [if corporation or partnership]: _____

Address: _____
_____
_____

Telephone No.: _____

Fax No.: _____

**RETURN THIS BALLOT TO:**

[Type in name and address of proponent's attorney or other appropriate party]

Form B14 (Continued) - (Rev. 7/98)    Ballot for Accepting or Rejecting Plan - Page Three of Three    1998 USBC, Central District of California

| In re: | (SHORT TITLE) | | CHAPTER 11 |
|---|---|---|---|
| | | Debtor. | CASE NO.: |

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF _____

1. I am employed in the County of _____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. Regular Mail Service:

   On *[insert date]* _____, I served the document described as: **BALLOT FOR ACCEPTING OR REJECTING PLAN** on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

   ❏  Addresses continued on attached page

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated:

_____    _____
*Type Name*                             *Signature*

Rev. 7/98                                                          FORM   B14

| In re: | CHAPTER 13 |
|---|---|
| James N. Knowles and Sara Kowles | CASE NUMBER: 2:10-bk-11762ER |
| Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA 91016

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON CONFIRMATION OF DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION DATED DECEMBER 20, 2010.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 20, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **December 20, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2010 | Michael Anthony Cisneros | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                            F 9013-3.1

3

Notice of Hearing on Confirmation of Debtors' First Amended Plan of Reorganization

| In re:<br>James N. Knowles and Sara Knowles<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:10-bk-11762 ER |
|---|---|

### ADDITIONAL SERVICE INFORMATION (if needed)

#### Served Via Notice of Electronic Filing:

United States Trustee (LA):             ustpregion16.la.ecf@usdoj.gov
Dare Law – Counsel for U.S Trustee:     dare.law@usdoj.gov
David F. Makkabi – Special Notice:      cmartin@pprlaw.net
Christopher McDermott – Counsel for US Bank   ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home   cmartin@pprlaw.net
Ramesh Singh – Special Notice           claims@recoverycorp.com

#### Served Via U.S. Mail

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA  50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC  29501

MICHAEL A. CISNEROS, Attorney at Law
50 West Lemon Avenue, Suite 12
Monrovia, California 91016
(626) 359-3692   FAX: (626) 359-3728