**MICHAEL A. CISNEROS**
ATTORNEY AT LAW
50 WEST LEMON AVENUE
SUITE 12
**MONROVIA, CALIFORNIA 91016**
(626) 359-3692   FAX: (626) 359-3728

Michael A. Cisneros, SBN 105483
mcisneros@mac.com

Attorneys for Debtors-in-Possession

FILED & ENTERED

MAR 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES N. KNOWLES and SARA KNOWLES<br><br>Debtors-in-Possession | Chapter 11<br><br>CASE NO. 2:10-bk-11762ER<br><br>ORDER CONFIRMING DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION AS MODIFIED BY STIPULATION<br><br>Date:       February 17, 2011<br>Time:      11:00 a.m.<br>Place:     Courtroom "1568" |

Hearing was held on February 17, 2011 at 11:00 a.m. before the Honorable Ernest Robles, United States Bankruptcy Judge in Courtroom "1568" of the United States Bankruptcy Court, Central District of California, located at 255 East Temple Street, Los Angeles, CA 90012, on confirmation of the First Amended Chapter 11 Plan of Reorganization as Modified by Stipulation, proposed by the Debtors, James N. Knowles and Sara Knowles.  Michael A. Cisneros appeared on behalf of the Debtors, there were no other appearances of record.

The Court having previously approved the Debtors' First Amended Disclosure Statement and having read and considered the Debtors' First Amended Plan of Reorganization as modified by Stipulation entered into by and between the Debtors and GMAC Mortgage, LLC, filed on February 10, 2011, having further read and considered the Debtors' Brief in Support of Confirmation of

Debtors' First Amended Chapter 11 Plan of Reorganization as Modified by Stipulation, representations and argument of counsel and based upon the Findings of Fact and Conclusions of Law as set forth in the Court's Tentative Ruling:

IT IS HEREBY ORDERED that the Debtors' First Amended Plan of Reorganization shall be, and hereby is, confirmed;

IT IS FURTHER ORDERED that pursuant to the Stipulation entered by and between the Debtors and GMAC Mortgage, LLC, filed on February 10, 2011, the Debtors First Amended Chapter 11 Plan shall be deemed modified as follows:

The claim of GMAC Mortgage, LLC, secured by a First Deed of Trust in the real property located at 2020 Newport Avenue, Pasadena, CA shall be secured up to the principal balance of $358,500.00; and

The GMAC claim shall accrue interest at the fixed rate of 5.25% per annum on the adjusted principal balance; and

Payments on the secured claim shall commence on March 1, 2011 and shall be in the amount of $2,111.70 (not including a monthly impound), payable monthly until January 1, 2031, at which time the entire balance owing on the GMAC obligation will become all due and payable; and

The loan shall continue to remain impounded for advances made by GMAC for Real Property Taxes and/or Real property Hazard Insurance on the Subject Property; and

All other terms of the Plan shall remain in effect.

###

DATED: March 9, 2011

_____
United States Bankruptcy Judge

| In re: | CHAPTER 13 |
|---|---|
| James N. Knowles and Sara Kowles | CASE NUMBER: 2:10-bk-11762ER |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

50 West Lemon Avenue, Suite 12, Monrovia, CA  91016

A true and correct copy of the foregoing document described **ORDER CONFIRMING DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION AS MODIFIED BY STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2011 I** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 17, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2011 | Michael Anthony Cisneros | /s/Michael Anthony Cisneros |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

*January 2009*  **F 9013-3.1**

In re:
    James N. Knowles and Sara Knowles

CHAPTER 11

Debtor(s).  CASE NUMBER 2:10-bk-11762ER

**ADDITIONAL SERVICE INFORMATION** (if needed)

**Served Via U.S. Mail**

James N. Knowles, 372 Laun Street, Altadena, CA  91001

Sara Knowles, 372 Laun Street, Altadena, CA  91001

Dare Law, Office of the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

David F. Makkabi, Law Offices of David F. Makkabi, 9454 Wilshire Blvd., Penthouse Suite, Beverly Hills, CA  90212

Christopher McDermott, Pite Duncan LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933,San Diego, CA 92177-0933

Lee S. Raphael, Prober & Raphael, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA  91364

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA  50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC  29501

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

5

Order Confirming Debtors' First Amended Chapter 11 Plan of Reorganization as Modified by Stipulation

In re:
James N. Knowles and Sara Knowles

Debtor(s).

CHAPTER: 13

CASE NUMBER: 2:10-bk-11762ER

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER CONFIRMING DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION AS MODIFIED BY STIPULATION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Office of the United States Trustee:                ustpregion16.la.ecf@usdoj.gov
Michael A. Cisneros – Debtor's Counsel:         mcisneros@mac.com
Dare Law – Counsel for U.S Trustee:             dare.law@usdoj.gov
Christopher McDermott – Counsel for US Bank   ecfcacb@piteduncan.com
Lee S. Raphael – Counsel for Bank of BOA Home   cmartin@pprlaw.net
☒ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**MICHAEL A. CISNEROS, Attorney at Law**
50 WEST LEMON AVENUE, SUITE 12
MONROVIA, CALIFORNIA 91016
(626) 359-3692  FAX: (626) 359-3728

| | |
|---|---|
| *January 2009* | **F 9021-1.1** |
| In re:<br>    James N. Knowles and Sara Knowles<br>                                                              Debtor(s). | CHAPTER  11<br>CASE NUMBER:02:10-bk- |

**ADDITIONAL SERVICE INFORMATION** (if needed)

James N. Knowles, 372 Laun Street, Altadena, CA  91001

Sara Knowles, 372 Laun Street, Altadena, CA  91001

United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA  90017

Countrywide Home Loans, 400 Countrywide Way, SV-36, Simi Valley, CA  93065

GMAC Mortgage, 3451 Hammond Ave.. P.O. Box 780, Waterloo, IA  50704-0780

Washington Mutual Bank, 2210 Enterprise Drive. FSC0250, Florence, SC  29501

**MICHAEL A. CISNEROS, Attorney at Law**
50 West Lemon Avenue, Suite 12
Monrovia, California 91016
(626) 359-3692  FAX: (626) 359-3728

7

Order Confirming Debtors' First Amended Chapter 11 Plan of Reorganization as Modified by Stipulation